Carolyn A. Dye (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Attorney for Sam S. Leslie,
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:18-bk-21394-BB |
| | [Chapter 11] |
| LISA FRANCES PLATT, | |
| | SAM S. LESLIE, CHAPTER 11 |
| Debtor. | TRUSTEE'S, STATUS REPORT |
| | |
| | Date:   September 11, 2019 |
| | Time:   11:00 a.m. |
| | Place:  Courtroom 1539 |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

Sam S. Leslie, the duly appointed, qualified and acting

Chapter 11 Trustee ("Trustee") in the above-captioned case, by

and through his counsel, hereby files his Status Report as

follows.

Since his appointment, Trustee has taken the following

actions:

1.    Investigation of the likely sales price of the debtor's

residence located at 205 N. Tigertail Road, Los Angeles, CA 90049

(the "Property"), including personally walking the property and

///

1    discussing his observations with a seasoned real estate broker

2    who provided him a broker's price after her walk though;

3        2.    Communications with Debtor's attorneys, G&B Law, LLP

4    concerning the proposed refinancing of the Property, including

5    review of loan documents that Trustee was advised have been

6    signed by Mr. Platt, the Debtor's husband, and review of letters

7    of intent from other proposed lenders;

8        3.    Review of the proposed use of loan proceeds; and

9        4.    Consideration of next steps if the loan as proposed

10   does not fund.

11       As of today, Leslie is advised that Mr. Cohen, whom the

12   Debtor believes will provide funding to cover the gap between the

13   funds required to pay all creditors and the estimated costs of

14   administration as contemplated, estimated to be $2.2MM, has not

15   yet given his confirmation to Debtor's counsel that he has begun

16   the process of liquidating the securities required to provide

17   that cash. Trustee is advised by counsel to the Debtor that

18   it is possible that some portion of the $2.2MM might come from

19   another individual who has not yet been identified to Trustee.

20   Debtor's counsel believes that it may take as long as two weeks

21   before the additional $2.2MM can be deposited into escrow, and

22   the primary lender has not yet formally consented to that delay.

23   On top of that delay, it will require court approval to close the

24   transaction.

25       In short, although the Debtor does appear to be getting

26   closer to a resolution, there is, as of today, no firm closing

27   date that has been established. Trustee has given the Debtor

28   notice, through her counsel, that if firm commitments are not

1 | provided by the hearing date, he will request conversion of the

2 | case to a Chapter 7 and will then proceed to market the property,

3 | assuming he is appointed to be the Chapter 7 Trustee.

4 |     Trustee is compelled to add that the Property is in need of

5 | updating and repairs, and his view of its value is not consistent

6 | with that of the Debtor and her husband. Unless the loan terms

7 | are such that all creditors can be paid, effectively allowing for

8 | a full payment of creditors, Trustee would not be in a position

9 | to recommend these financing terms to the Court. But, that said,

10 | if all creditors are paid and the Debtor and her husband wish to

11 | take the risks inherent in this transaction as proposed, then

12 | Trustee would not be in a position to object.

13 |     Should there be any new developments, Trustee will apprise

14 | the Court of them at the hearing.

16 | Dated: September 6, 2019    _____

17 | Carolyn A. Dye, Attorney for Sam S.
Leslie, Chapter 11 Trustee

28 | Service Date: September 7, 2019

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Sam S. Leslie, Chapter 11 Trustee's, Status Report will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 7, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Paul M Brent | snb300@aol.com |
| Carolyn A Dye | trustee@cadye.com |
| James R Felton | jfelton@gblawllp.com, mtyndall@gblawllp.com |
| Todd S Garan | ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Lewis R Landau | Lew@Landaunet.com |
| Kenneth G Lau | kenneth.g.lau@usdoj.gov |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com, sleslie@ecf.axosfs.com;trustee@trusteeleslie.com |
| Randall P Mroczynski | randym@cookseylaw.com |
| Douglas M Neistat | dneistat@gblawllp.com, mramos@gblawllp.com |
| Valerie Smith | claims@recoverycorp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Alan I White | aiwhitelaw@gmail.com |

☐    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:** On September 7, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Sheri Bluebond
United States Bankruptcy Judge
255 East Temple Street
Suite 1534
Los Angeles, CA 90012

■    Service information on attached page

**3.    SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2019, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 7, 2019

Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-2
Case 2:18-bk-21394-BB
Central District of California
Los Angeles
Sat Sep  7 12:07:01 PDT 2019

Beverly Loan Company
c/o P Brent
Steinberg Nutter & Brent
23801 Calabasas Road
# 2031
Calabasas, CA 91302-3316

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

HSBC Bank USA, National Association as Trust
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
P.O. Box 17933
San Diego, CA 92177-7921

LEA Accountancy, LLP
3435 Wilshire Boulevard
Suite 990
Los Angeles, CA 90010-1998

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Beverly Loan Company
9440 Santa Monica Blvd
Suite 301
Beverly Hills, CA 90210-4614

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

CareRelate Inc
Ronald Shinkman
9621 Woodley Ave
North Hills CA 91343-1903

Department of Water and Power
City of Los Angeles
Attn Bankruptcy
P.O Box 5111
Los Angeles CA 90055-0111

Douglas M. Neistat
Greenberg & Bass
16000 Ventura Boulevard
Suite 1000
Encino, CA 91436-2762

Eldercare Financial Services
PO BOX 206536
Dallas, TX 75320-6536

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

HSBC Bank USA, National Association
Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261-9096

Hunt & Henriques
Portfolio Recovery Associates, LLC
151 Bernal Road
Suite 8
San Jose, CA 95119-1306

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Joanna Stingray
c/o Coldwell Banker
166 N Canon Dr
Beverly Hills, CA 90210-5304

LADWP
PO Box 30808
Los Angeles, CA 90030-0808

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lisa Frances Platt
205 N. Tigertail Road
Los Angeles, CA 90049-2803

Luxury Asset Capital LLC
DBA Pawngo
4100 E Mississippi Ave
Suite 1850
Denver, CO 80246-3066

Marquee Funding Group
24025 Park Sorrento
Suite 150
Calabasas, CA 91302-4004

Med-Net Billing, Inc
122 Sheldon Street
El Segundo, CA 90245-3915

Mr. Cooper Mortgage Company
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

NCB Management Services, Inc.
PO Box 1099
Langhorne, PA 19047-6099

Nationwide Credit, Inc
P.O. Box 14581
Des Moines, IA 50306-3581

Platinum Loan Servicing, Inc
S.B.S. Trust Deed Network
31194 La Baya Dr
#106
Thousand Oaks, CA 91362-6426

Progressive Management Systems
1521 West Cameron Avenue
West Covina, CA 91790-2738

Radius Global Solutions LLC
PO BOX 390905
Minneapolis, MN 55439-0905

S & R Income Fund 1, LLC
S.B.S. Trust Deed Network
31194 La Baya Dr
#106
Thousand Oaks, CA 91362-6426

S.B.S. Trust Deed Network
31194 La Baya Drive, #106
Thousand Oaks, CA 91362-6426

SRA Associates LLC
401 Minnetonka Rd
Somerdale, NJ 08083-2914

Sequoia Financial Services
28632 Roadside Drive
Suite 110
Agoura Hills, CA 91301-6074

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wagner, Falconer & Judd, Ltd
325 North Corporate Drive
Suite 100
Brookfield, WI 53045-5828

Wayne Platt
205 N Tigertail Road
Los Angeles, CA 90049-2803

Douglas M Neistat
G&B LAW, LLP
16000 Ventura Blvd.
Suite 1000
Encino, CA 91436-2762

James R Felton
16000 Ventura Blvd Ste 1000
Encino, CA 91436-2762

Sam S Leslie (TR)
3435 Wilshire Blvd., Suite 990
Los Angeles, CA 90010-1998

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

LOS ANGELES COUNTY TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Elderlife Financial
4299 MacArthur, Ste 212
Newport Beach

(u)Hurwitz James Company

(u)Platinum Loan Servicing, Inc.

(d)Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

(d)Lisa Frances Platt
205 N. Tigertail Road
Los Angeles, CA 90049-2803

End of Label Matrix
Mailable recipients    38
Bypassed recipients     6
Total                  44