1 | CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
2 | Suite 990
Los Angeles, CA 90010
3 | Telephone: 213/368-5000
Facsimile: 213/368-5009
4 | Email: trustee@cadye.com

5 | Proposed General Bankruptcy Counsel
for Sam S. Leslie, Chapter 7 Trustee
6 |

7 |

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | LOS ANGELES DIVISION

11 |

12 | In re                                ) Case No. 2:18-bk-21394-BB
                                         )       [Chapter 7]
13 | LISA FRANCES PLATT,                  )
                                         ) TRUSTEE'S APPLICATION TO EMPLOY
14 |                     Debtor.          ) REAL ESTATE BROKER FOR THE
                                         ) ESTATE'S REAL PROPERTY [205
15 |                                      ) North Tigertail Road, Los
                                         ) Angeles, California 90049];
16 |                                      ) DECLARATIONS AND EXHIBITS IN
                                         ) SUPPORT THEREOF
17 |                                      )
                                         ) [No Hearing Unless Requested;
18 | _____) Local Bankruptcy Rule 2014-1]

19 |

20 | Sam S. Leslie, the duly appointed Chapter 7 Trustee in the

21 | above-captioned case, respectfully represents:

22 | 1.    Lisa Frances Platt ("Debtor") filed for relief under

23 | Chapter 11 of the United States Bankruptcy Code on September 28,

24 | 2018. The case was converted to one under Chapter 7 by Order

25 | entered October 1, 2019 (Docket No. 173).

26 | 2.    Sam S. Leslie was appointed Chapter 7 Trustee on or

27 | about October 9, 2019, and accepted such appointment thereafter.

28 | ///

3.  The Debtor's estate includes an interest in certain real property commonly described as 205 North Tigertail Road, Los Angeles, California 90049; Assessor's Parcel No. 4403-011-006 (the "Property").

4.  It is essential to the effective administration of this estate that the Property be sold and the interest of this estate be realized from the net sale proceeds thereof for the benefit of the creditors herein.

5.  Trustee requires the professional assistance and representation of a real estate broker for the following purposes:

(a)  To order, analyze and prepare all documentation necessary to place the Property in a proper position to be listed and advertised for sale;

(b)  To "list" the Property according to the most propitious listing services available, holding and conducting such inspections of the Property as are necessary to accommodate reasonable inquires to purchase, and to solicit reasonable offers for purchase;

(c)  To convey all reasonable offers to purchase to Trustee, and subject to Trustee's approval, to negotiate and confirm acceptance of the best offer; and

(d)  To cause to be prepared on behalf of Trustee and submitted to escrow, any and all documents requiring the endorse-ment of Trustee or as may be otherwise necessary to consummate a sale of the Property.

6.  For all the foregoing and all other necessary and proper purposes, Trustee desires to employ the broker team of

00002

John P. Gould ("Gould") and Zizi Pak ("Pak"), of Rodeo Realty, 202 North Canon Drive, Beverly Hills, CA 90210 (collectively, "Broker"), for the express purpose of marketing the estate's interest in the Property.

7.   The reason for the selection of the professionals named above is as follows:

(a)   Trustee believes that Broker is well qualified to render the foregoing real estate brokerage services because of Broker's marketing network and extensive experience and success in the marketing and sale of similar properties.  Copies of Gould's and Pak's resumes are attached to the Declaration of Sam S. Leslie as Exhibits A and B, respectively, and incorporated herein by this reference; and

(b)   Broker is well established in the area in which the Property is situated, and has considerable expertise in the promotion and sale of real properties of like kind.

8.   To the best of Trustee's knowledge and based on the Declarations of Gould and Pak attached hereto and the Statements of Disinterestedness for Employment of Professional Person under Bankruptcy Code 2014 to the Declaration of Sam S. Leslie as Exhibits C (Gould) and D (Pak) which are incorporated herein by this reference, neither Broker, nor any of its associates or employees, represent any interest adverse to that of Trustee or of the estate in the matters on which it is to be retained, and its principals, licensees, agents, associates and employees are disinterested persons under Section 101(14) of the Bankruptcy Code.

///

00003

1      9.   Trustee desires to employ Broker with reasonable fees

2  to be paid on a commission basis, subject to determination by the

3  Court, with such commission not to exceed five percent (5%) of

4  the gross selling price of the Property.

5      10.  The proposed listing agreement for the Property,

6  including Trustee's Addendum thereto, is attached to the

7  Declaration of Sam S. Leslie as Exhibit E and incorporated herein

8  by this reference.  Trustee's addendum affirms that no

9  compensation shall be paid except upon application to and

10 approval by the Court of the terms and conditions of the sale of

11 the Property after notice to all creditors, which then shall be

12 paid out of escrow at closing without further order of the Court.

13     11.  Subject to the Court's approval of this Application,

14 Broker will have the exclusive right to list the Property for

15 sale for a 180-day period beginning, upon entry of the Order

16 approving this Application, unless otherwise extended or

17 terminated early by Trustee's abandonment of the Property.

18     12.  The employment would be in the best interest of this

19 estate.

20     13.  Notice of the Application as required by Local Bank-

21 ruptcy Rule 2014-1(b)(2)(A), has been provided to interested

22 parties.  A true and correct copy of such Notice is attached to

23 the Declaration of Sam S. Leslie as Exhibit F and incorporated

24 herein by this reference.

25     WHEREFORE, Trustee requests that the Court approve Trustee's

26 employment of Broker as his real estate broker to render services

27 as described herein under an exclusive listing agreement for a

28 period of 180 days and ending 180 days thereafter unless

00004

1   otherwise extended or if terminated by Trustee's abandonment of

2   the Property; and to grant Trustee authority to list the Property

3   with Broker so that a purchaser may be obtained and the Property

4   may be sold subject to approval by the Court of the terms and

5   conditions of its sale following notice to all creditors of

6   Trustee's Motion to Sell; and for payment of such compensation of

7   Broker as the Court may then determine and allow; and, upon entry

8   of an order approving Trustee's Motion to Sell the Property for

9   such commission to be paid out of escrow upon consummation of the

10  sale of the Property without further order of the Court.

11                          Respectfully submitted,

12

13  Dated: October 21, 2019    _____

                               Sam S. Leslie, Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00005

**DECLARATION OF JOHN P. GOULD**

I, John P. Gould, declare:

1.    I am a California real estate licensee, License Number 00931590, and the branch manager of Rodeo Realty, 202 North Canon Drive, Beverly Hills, CA 90210; Telephone (310) 488-4900.

2.    The following is based upon my own personal knowledge and, if called upon, I could and would competently testify thereto.

3.    This Declaration is submitted in support of the Application to Employ the broker team of John P. Gould and Zizi Pak, of Rodeo Realty (the "Application") submitted by Sam S. Leslie, Chapter 7 Trustee ("Trustee") for the estate of Lisa Frances Platt in connection with the sale of the estate's interest in the Debtor's real property commonly described as 205 North Tigertail Road, Los Angeles, California 90049; Assessor's Parcel No. 4403-011-006 (the "Property").  I am familiar with the Property and believe that I am well qualified to represent the Trustee in the marketing and sale of same.

4.    Rodeo Realty and the representatives who will handle this matter are professionals within Rodeo Realty's marketing network, with experience in the marketing and sale of real properties of similar kind and condition as that of the Property. (A copy of my resume is attached to the Declaration of Sam S. Leslie as Exhibit A and incorporated herein by this reference.)

5.    I have been informed and understand that the Property is being sold on an "as is, where is" basis with all faults and conditions then existing at the Property, and thus understand that: (a) the Trustee is not making any representations,

-6-

1  warranties, either express or implied, as to the condition of the

2  Property, uses (prior, present, and future), or otherwise; (b)

3  the Trustee shall not provide the buyer with any reports as to

4  the use or condition of the Property; (c) the Trustee shall not

5  provide the buyer with any warranty protection plan with any

6  building permits or plans; and (d) the Trustee is selling the

7  Property solely in her capacity as the Chapter 7 Trustee of the

8  Debtor's bankruptcy estate.

9      6.    As is more particularly set forth in the Statement of

10  Disinterestedness For Employment of Professional Person Under

11  Bankruptcy Rule 2014 attached to the Declaration of Sam S. Leslie

12  as Exhibit C and incorporated herein by this reference, neither

13  I, Rodeo Realty nor any of its principals, representa-tives,

14  agents, associates or employees represent any interest adverse to

15  that of the Trustee or the estate in the matters on which it is

16  to be retained, and Rodeo Realty, its principals,

17  representatives, agents, associates and employees are

18  disinterested persons under Section 101(14) of the Bankruptcy

19  Code.

20      7.    Subject to the terms, conditions and approvals provided

21  in the preceding Application, I desire to be employed and enter

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

00007

1   into the proposed listing agreement to render for and on behalf

2   of the Trustee the real estate brokerage services described

3   therein.

4      I declare under penalty of perjury under the laws of the

5   United States of America that the above is true and correct.

6      Executed this 24th day of October 2019, at Beverly Hills,

7   California.

9                                             _____

10                                  John P. Gould

00008

**DECLARATION OF ZIZI PAK**

I, Zizi Pak, declare:

1.    I am a California real estate licensee, License Number 00694610, and a sales representative of Rodeo Realty, 202 North Canon Drive, Beverly Hills, CA 90210; Telephone (310) 488-4900.

2.    The following is based upon my own personal knowledge and, if called upon, I could and would competently testify thereto.

3.    This Declaration is submitted in support of the Application to Employ the broker team of John P. Gould and Zizi Pak, of Rodeo Realty (the "Application") submitted by Sam S. Leslie, Chapter 7 Trustee ("Trustee") for the estate of Lisa Frances Platt in connection with the sale of the estate's interest in the Debtor's real property commonly described as 205 North Tigertail Road, Los Angeles, California 90049; Assessor's Parcel No. 4403-011-006 (the "Property"). I am familiar with the Property and believe that I am well qualified to represent the Trustee in the marketing and sale of same.

4.    Rodeo Realty and the representatives who will handle this matter are professionals within Rodeo Realty's marketing network, with experience in the marketing and sale of real properties of similar kind and condition as that of the Property. (A copy of my resume is attached to the Declaration of Sam S. Leslie as Exhibit B and incorporated herein by this reference.)

5.    I have been informed and understand that the Property is being sold on an "as is, where is" basis with all faults and conditions then existing at the Property, and thus understand that: (a) the Trustee is not making any representations,

-9-

1  warranties, either express or implied, as to the condition of the

2  Property, uses (prior, present, and future), or otherwise; (b)

3  the Trustee shall not provide the buyer with any reports as to

4  the use or condition of the Property; (c) the Trustee shall not

5  provide the buyer with any warranty protection plan with any

6  building permits or plans; and (d) the Trustee is selling the

7  Property solely in his capacity as the Chapter 7 Trustee of the

8  Debtor's bankruptcy estate.

9      6.    As is more particularly set forth in the Statement of

10  Disinterestedness For Employment of Professional Person Under

11  Bankruptcy Rule 2014 attached to the Application as Exhibit D

12  and incorporated herein by this reference, neither I, Rodeo

13  Realty nor any of its principals, representatives, agents,

14  associates or employees represent any interest adverse to that

15  of the Trustee or the estate in the matters on which it is to be

16  retained, and Rodeo Realty, its principals, representatives,

17  agents, associates and employees are disinterested persons under

18  Section 101(14) of the Bankruptcy Code.

19      7.    Subject to the terms, conditions and approvals provided

20  in the preceding Application, I desire to be employed and enter

21  into the proposed listing agreement to render for and on behalf

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

00010

1  of the Trustee the real estate brokerage services described

2  therein.

3       I declare under penalty of perjury under the laws of the

4  United States of America that the above is true and correct.

5       Executed this 24th day of October 2019, at Beverly Hills,

6  California.

7

8



Zizi Pak

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00011

1 **DECLARATION OF SAM S. LESLIE**

2 I, Sam S. Leslie, declare:

3 1. I am an accountant and the duly appointed, qualified

4 and acting Chapter 7 Trustee for the Debtor herein, Lisa Frances

5 Platt, ("Debtor"), by virtue of my appointment on or about

6 October 9, 2019, and my acceptance of such appointment

7 thereafter.

8 2. Except for those matters set forth herein on informa-

9 tion and belief, I have personal knowledge of the matters set

10 forth herein and, if called upon as a witness, I could and would

11 testify competently thereto.

12 3. In my best judgment in my capacity as Chapter 7

13 Trustee, and for all the reasons set forth in the accompanying

14 Application which are incorporated herein by this reference, I

15 believe that the employment of the broker team of John P. Gould

16 and Zizi Pak of Rodeo Realty, 202 North Canon Drive, Beverly

17 Hills, CA 90210, is in the best interest of the estate and its

18 creditors and a business justification exists for marketing and

19 selling the Debtor's real property commonly described as 205

20 North Tigertail Road, Los Angeles, California 90049; Assessor's

21 Parcel No. 4403-011-006, and respectfully requests that the Court

22 enter an Order approving the foregoing Application.

23 I declare under penalty of perjury under the laws of the

24 United States of America that the foregoing is true and correct.

25 Executed this _day of October 2019, at Los Angeles,

26 California.

27 _____
Sam S. Leslie

28

-12-

**EXHIBIT A**

# John P Gould

## Luxury Image - Exceptional Service - Respected Results

A full service Real Estate professional licensed in 1986, John P. Gould is widely respected for his extensive knowledge of the business, his wide range of experience and the results he has achieved for his clients.

John has represented Buyers and Sellers in the purchase and sale of all types of real estate, including luxury estates, single family homes & condominiums. He has also handled residential income and leasing and is proficient with more complex transactions such as probates, trusts, bankruptcy, REO & short pay properties, multi-unit projects and exchanges.

John's production, as an agent, consistently ranked in the top % of his colleagues nationwide. In his current position, as Branch Manager, John oversees one of the top Beverly Hills real estate offices and can select and work with the appropriate agent for each transaction.

As a member of The Beverly Hills/Los Angeles Board of Realtors, John's team can represent Buyers and Sellers over a wide area & in a variety of price ranges. Rodeo Realty's Seller Marketing Plans and Buyer Representation Programs are top notch, and individually created for each client.

John and Rodeo have earned an impressive roster of repeat & referral clients that have included Business Managers, Attorneys, Celebrities, Developers, Banks, Relocation Companies, Chapter 7 U.S. Bankruptcy Trustees, Court Administrators, Corporations, Foreign Investors and many First Time Buyers!

Branch Manager / Rodeo Realty

202 N Canon Dr /  Beverly Hills, CA 90210

www.JohnPGould.com

Johnpgould@aol.com

(310) 488-4900

CalBRE LIC # 00931590



RODEO REALTY

*Fine Estates*®

00014

**EXHIBIT B**

00015

## ZIZI PAK
*BEVERLY HILLS REALTOR & AGENT*

### PROFESSIONAL EXPERIENCE

**Rodeo Realty**, Beverly Hills, CA   September 2011 - Present
**Estates Director:** Zizi Pak is one of the top agents in the high-end Beverly Hills market of residential and income real estate sales with a track record for closing nearly 100% of the properties she handles. Zizi's expertise is a combination of personal care combined with her degree in Human Factor Engineering (both mechanical and industrial engineering). In each transaction she handles, she provides a cohesive plan that takes into consideration her clients' emotional decision-making along with any economic factors present.

Over the past 30 years, Zizi has won numerous real estate industry awards and honors for outstanding sales and service. Within the residential market she is regarded as an authority in the areas of fiduciary sales, including: trusts, probate, receivership, as a partition referee and on bankruptcy sales, representing several hundred properties, including 75 for one receiver.

**Elite Properties Realty**, Beverly Hills, CA   November 1999 - Sept. 2011
**Vice President:** As an agent for Elite Properties, Zizi distinguished herself as a teacher and leader for other agents in the areas of evaluating and pricing properties, developing personalized marketing strategies and providing the attention to detail necessary for closing sales and meet clients' objectives.

**Wells Fargo Bank**, Los Angeles, CA   1986 - 2002
**Fiduciary Representative:** Zizi was one of a few real estate agents that were hand-picked by the leading financial institutions in Los Angeles in the 1980s to represent them on fiduciary matters involving properties. In addition to Wells Fargo Bank, Zizi assisted Bank of America, First Interstate Bank, Security Pacific Bank and Northern Trust evaluating the value of assets and assisting in asset sales for probate and trust transactions. Zizi continues this work today providing the expertise essential in meeting financial institution's strict qualifications in representing properties, trusts and administrators.

**Coldwell Banker**, Beverly Hills, CA   June 1984 - November 1999
**Real Estate Agent:** Zizi started as an agent for Merrill Lynch, which was bought out by Prudential and then Jon Douglas before becoming Coldwell Banker. Through each transition, she maintained and built a client base

through her hard work and continuing efforts to educate herself and improve her knowledge and skill sets to clients. Her technique of treating all her clients' properties as if they were her own involved many more hours of work than most of agents, but generated repeat referrals and consistent, ongoing business.

**Alvarez, Hyland & Young**, Beverly Hills, CA  1981 - 1984
**Real Estate Agent:** Zizi began her career in real estate working as an agent for Alvarez Hyland & Young, a high-end boutique real estate firm known for representing celebrities and some of the largest and more glamorous properties in Beverly Hills.

### HONORS AND AWARDS

- Chairman's Circle, Coldwell Banker
- President's Circle, Prudential
- President's Club, Coldwell Banker
- Vice President's Circle, Residential Division, Rodeo Realty
- Leading Edge Society, Merrill Lynch
- Million Dollar Club, Alvarez, Hyland & Young

### MEMBERSHIP, PROFESSIONAL AFFILIATIONS

- California Receivers Forum
- California Association of Realtors
- National Association of Realtors
- Beverly Hills/Greater Los Angeles Board of Realtors
- Southland Regional Association of Realtors
- San Diego Association of Realtors, past member
- American Industrial Engineering Society, past member
- ProVisors, Santa Monica 6

### EDUCATION

- University of Toledo, Ohio
- Bachelors Degree: Mechanical and Industrial Engineering degree
- Undergraduate Studies: Michigan State University, E. Lansing, MI

### VOLUNTEER WORK

- Volunteering with Children's Hospital
- Coordinating donations of personal property sellers to homeless shelters as well as offering time and support.

Cell: (310) 266-5032/Office: (310) 724-7100 (ex. 256) email: zizipak@zizipak.com
Page 2

00017

**EXHIBIT C**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Carolyn A. Dye, Esq.<br><br>3435 Wilshire Blvd.<br><br>Suite 990<br><br>Los Angeles, CA 90010<br><br>Telephone: 213/368-5000<br><br>Facsimile: 213/363-5009<br><br>Email: trustee@cadye.com<br><br><br>*Attorney for:* Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LISA FRANCES PLATT,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-21394-BB<br>CHAPTER: 7<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br>[No Hearing Required] |
|---|---|

1.  Name, address and telephone number of the professional (Professional) submitting this Statement:
    John P. Gould - www.JohnPGould.com
    Rodeo Realty
    202 North Canon Drive
    Beverly Hills, CA 90210
    Telephone: (310) 488-4900; Fax: (310) 724-7131

2.  The services to be rendered by the Professional in this case are *(specify)*:


    Real estate brokerage services.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 2014-1.STMT.DISINTEREST.PROF**
                                                                            F20141

00019

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

   Proceeds from the sale of the estate's interest in the Debtor's real property commonly described as 205 North Tigertail Road, Los Angeles, California 90049; Assessor's Parcel No. 4403-011-006.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

   No retainer is requested.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

   Conflict check run on existing and prior clients and their principals, as applicable.

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:

   N/A.

7. The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:

   N/A.

8. The Professional is not and was not an investment banker for any outstanding security of the Debtor.

9. The Professional has not been within 3 years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

10. The Professional is not and was not, within 2 years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11. The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

   N/A.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 2014-1.STMT.DISINTEREST.PROF**

00020

12. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

John P. Gould, Branch Manager / Rodeo Realty.   (See No. 1 for address /

telephone.)

13. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

N/A.

14. Total number of attached pages of supporting documentation:_____N/A_____

15. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_10-24-19_     _John P. Gould_                                 _____
Date            Printed Name                                      Signature

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 3                    F 2014-1.STMT.DISINTEREST.PROF

00021

**EXHIBIT D**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Carolyn A. Dye, Esq.<br><br>3435 Wilshire Blvd.<br><br>Suite 990<br><br>Los Angeles, CA 90010<br><br>Telephone: 213/368-5000<br><br>Facsimile: 213/363-5009<br><br>Email: trustee@cadye.com<br><br>_Attorney for:_ Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>    LISA FRANCES PLATT,<br><br><br><br><br><br><br>                                           Debtor(s). | CASE NO.: 2:18-bk-21394-BB<br>CHAPTER: 7<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br>[No Hearing Required] |

1.  Name, address and telephone number of the professional (Professional) submitting this Statement:

    Zizi Pak
    Rodeo Realty
    202 North Canon Drive
    Beverly Hills, CA 90210
    Telephone: (310) 488-4900; Fax: (310) 724-7131

2.  The services to be rendered by the Professional in this case are _(specify)_:


    Real estate brokerage services.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2012_                              Page 1                    **F 2014-1.STMT.DISINTEREST.PROF**

00023

3.  The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

    Proceeds from the sale of the estate's interest in the Debtor's real property
    commonly described as 205 North Tigertail Road, Los Angeles, California 90049;
    Assessor's Parcel No. 4403-011-006.

4.  The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

    No retainer is requested.

5.  The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

    Conflict check run on existing and prior clients and their principals, as
    applicable.

6.  The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:

    N/A.

7.  The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:

    N/A.

8.  The Professional is not and was not an investment banker for any outstanding security of the Debtor.

9.  The Professional has not been within 3 years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

10. The Professional is not and was not, within 2 years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11. The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

    N/A.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 2                    **F 2014-1.STMT.DISINTEREST.PROF**

00024

12. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

Zizi Pak, Sales representative / Rodeo Realty.   (See No. 1 for address /
telephone.)

13. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

N/A.

14. Total number of attached pages of supporting documentation:_____N/A_____

15. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/24/19          Zizi Pak
Date              Printed Name                              Signature

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 3              **F 2014-1.STMT.DISINTEREST.PROF**

00025

**EXHIBIT E**

00026

## ADDENDUM TO RESIDENTIAL LISTING AGREEMENT
## (EXCLUSIVE AUTHORIZATION AND RIGHT TO SELL)

Sam S. Leslie, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the estate of Lisa Frances Platt ("Debtor") in Bk. No.2:18-bk-21394-BB in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, agrees to grant Rodeo Realty, Inc. ("Broker") the exclusive rights to negotiate a sale of the residential real property commonly described as 205 N. Tigertail Road, Los Angeles CA 90049("Property"), upon the terms and conditions of the Residential Listing Agreement (Exclusive Authorization And Right To Sell) ("Listing Agreement") dated October 18th, 2019, as amended by the following terms and conditions of this Addendum:

1.    Addendum.  This Addendum amends the Listing Agreement. Notwithstanding any contrary terms and conditions in the Listing Agreement, this Addendum shall apply.

2.    Deletions of Paragraphs of Listing Agreement.  The following paragraphs and subparagraphs in the Listing Agreement are deleted and shall not apply: 3A2, 3A3, 3B, 6, 15, 18, 19.

3.    No Liability.  The Trustee is listing the Residence for sale with the Broker in his capacity as the Chapter 7 Trustee of the Debtor's estate, and not in his personal capacity, and no liability or obligations shall accrue to him personally as a result of such listing.  There shall be no claim by Broker for damages of any kind against the Trustee or against his counsel, Carolyn A. Dye.  Any claim for damages by Broker as it relates to the listing or sale herein shall only be against the Bankruptcy Estate of Lisa Frances Platt ("Debtor") Case No. 2:18-bk-21394-BB.

4.    Termination.  The Trustee may terminate the Listing Agreement at his option and upon written notice to the Broker at any time, and no liability or obligations shall accrue to the estate or to the Trustee, either personally or in his capacity as Trustee, as a result of any such termination.

5.    Abandonment.  The Trustee reserves the right, in his sole discretion, to determine not to sell the Property and to abandon the Property by serving a notice of his intention to abandon the Property upon the Debtor, all creditors, the United States Trustee, and all parties in interest.  In the event of any such abandonment, the Listing Agreement and this Addendum

shall terminate and no liability or obligations shall accrue to the estate or to the Trustee, either personally or in his capacity as Trustee, as a result of any such abandonment and termination.

     6.    Conditions of Sale.  The Broker agrees and understands that any sale of the Property shall be subject to the following terms and conditions:

     a.    The Trustee is selling the Property in his capacity as the Chapter 7 Trustee of the Debtor's estate, and not in his personal capacity, and no liability or obligations shall accrue to him personally as a result of any sale.

     b.    If for any reason, or no reason whatsoever, the Trustee is unable to deliver possession or title to the Property to any potential purchaser, the purchaser's sole remedy shall be the return of any money that the purchaser has deposited towards the purchase of the Property.

     c.    The Trustee is selling the Property in an "AS IS" condition or basis by quitclaim deed without any representations or warranties whatsoever, including without limitation representations or warranties as to title, oil and mineral rights, city or government agency notifications regarding work to be done, marketability of title, ownership, physical condition, compliance with California, city or federal statutes, codes, ordinances, or regulations, geological stability, zoning, suitability for improvement, and fire insurance policies to cover any improvements on the Property, nor any assurances regarding the subdividability of the Property.

     d.    The sale of the Property is subject to Bankruptcy Court approval after notice to the Debtor, all creditors, the United States Trustee, and other parties in interest as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules.

     e.    The purchaser shall, at the purchaser's sole expense, acquire any and all insurance policies that the purchaser desires to cover the Property.  The Trustee does not agree to acquire or transfer any insurance policies to the purchaser.

     f.    The purchaser is to arrange for all financing of the acquisition of the Property before the close of escrow.

364262.02 [XP] 25504

00028

g.    All escrow fees shall be shared and paid on a 50/50 basis by the Trustee and the purchaser.

h.    The purchaser shall, at the purchaser's sole expense, install all smoke detectors, if any, as may be required by state or local law.  The Trustee is not required to deliver to the purchaser a written statement of compliance with any applicable state and local law.

i.    The purchaser shall, at purchaser's sole expense, obtain and all pest control inspection repairs that purchaser deems appropriate.

j.    If any local ordinance requires that the Property be brought into compliance with minimum energy conservation standards as a condition of sale or transfer, the purchaser shall comply with and pay for these requirements at purchaser's sole expense.

k.    Any sale is subject to the following conditions being satisfied before the close of escrow:

(1)   the Trustee must prevail with respect to any objections to the proposed sale; and

(2)   the Trustee reserves the right to reject any and all offers which in his judgment are insufficient.

l.    The Property is being sold subject to:

(1)   All general and special taxes that are presently due, or may become due, regarding the Property, other than property taxes, which shall be prorated as of the close of escrow;

(2)   The lien of supplemental taxes, if any, assessed pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the California Revenue and Taxation Code; and

(3)   Any and all easements, restrictions, rights and conditions of record and rights of way, against, on or regarding the Property.  Title, however, is to be transferred free of secured claims of record.

7.    Payment of Commission. The commissions to be paid to the Broker shall only be paid from the proceeds of the sale of

3

00029

the Property.  If a sale is not consummated for any or no reason whatsoever, the Broker shall not be entitled to commissions.

8.   Reduction of Listing Price and Extension of Term of Listing Agreement. The Trustee may, in the Trustee's sole discretion and business judgment and without further Court order, modify the Listing Agreement by reducing the listing price and/or extending the term of the Listing Agreement.

9.   Entire Agreement. This Addendum and the Listing Agreement, to the extent that such Listing Agreement is not contrary to the terms and conditions herein, constitute the entire contract between the parties.  All prior agreements between the parties are incorporated into this contract.  Its terms are intended by the parties as a final expression of their agreement with respect to such terms as are included herein, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement.  The parties further intend that this agreement constitutes the complete, final and exclusive statement of its terms and that no extrinsic evidence whatsoever may be introduced in any judicial or arbitration proceeding, if any, involving this agreement.

10.   Bankruptcy Court Jurisdiction. The Bankruptcy Court shall have exclusive jurisdiction to resolve any and all disputes relating to this Agreement.

Dated: October 28th, 2019    _____
                             SAM S. LESLIE
                             Chapter 7 Trustee


                             RODEO REALTY, INC.

Dated: October ___, 2019    By: _____
                                JOHN P. GOULD


Dated: October ___, 2019    By: _____
                                ZIZI PAK

4



**CALIFORNIA
ASSOCIATION
OF REALTORS®**

## DISCLOSURE REGARDING
## REAL ESTATE AGENCY RELATIONSHIP
(Seller's Brokerage Firm to Seller)
(As required by the Civil Code)
(C.A.R. Form AD, Revised 12/18)



☐ (If checked) This form is being provided in connection with a transaction for a leasehold interest exceeding one year as per Civil Code section 2079.13(j), (k) and (l).

When you enter into a discussion with a real estate agent regarding a real estate transaction, you should from the outset understand what type of agency relationship or representation you wish to have with the agent in the transaction.

**SELLER'S AGENT**
A Seller's agent under a listing agreement with the Seller acts as the agent for the Seller only. A Seller's agent or a subagent of that agent has the following affirmative obligations:
To the Seller: A Fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Seller.
To the Buyer and the Seller:
    (a) Diligent exercise of reasonable skill and care in performance of the agent's duties.
    (b) A duty of honest and fair dealing and good faith.
    (c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**BUYER'S AGENT**
A Buyer's agent can, with a Buyer's consent, agree to act as agent for the Buyer only. In these situations, the agent is not the Seller's agent, even if by agreement the agent may receive compensation for services rendered, either in full or in part from the Seller. An agent acting only for a Buyer has the following affirmative obligations:
To the Buyer: A fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Buyer.
To the Buyer and the Seller:
    (a) Diligent exercise of reasonable skill and care in performance of the agent's duties.
    (b) A duty of honest and fair dealing and good faith.
    (c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**AGENT REPRESENTING BOTH SELLER AND BUYER**
A real estate agent, either acting directly or through one or more salespersons and broker associates, can legally be the agent of both the Seller and the Buyer in a transaction, but only with the knowledge and consent of both the Seller and the Buyer.
In a dual agency situation, the agent has the following affirmative obligations to both the Seller and the Buyer:
    (a) A fiduciary duty of utmost care, integrity, honesty and loyalty in the dealings with either the Seller or the Buyer.
    (b) Other duties to the Seller and the Buyer as stated above in their respective sections.
In representing both Seller and Buyer, a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the Seller's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered.

**SELLER AND BUYER RESPONSIBILITIES**
Either the purchase agreement or a separate document will contain a confirmation of which agent is representing you and whether that agent is representing you exclusively in the transaction or acting as dual agent. Please pay attention to that confirmation to make sure it accurately reflects your understanding of your agent's role.

The above duties of the agent in a real estate transaction do not relieve a Seller or Buyer from the responsibility to protect his or her own interests. You should carefully read all agreements to assure that they adequately express your understanding of the transaction. A real estate agent is a person qualified to advise about real estate. If legal or tax advice is desired, consult a competent professional.

If you are a Buyer, you have the duty to exercise reasonable care to protect yourself, including as to those facts about the property which are known to you or within your diligent attention and observation.

Both Sellers and Buyers should strongly consider obtaining tax advice from a competent professional because the federal and state tax consequences of a transaction can be complex and subject to change.

Throughout your real property transaction you may receive more than one disclosure form, depending upon the number of agents assisting in the transaction. The law requires each agent with whom you have more than a casual relationship to present you with this disclosure form. You should read its contents each time it is presented to you, considering the relationship between you and the real estate agent in your specific transaction. **This disclosure form includes the provisions of Sections 2079.13 to 2079.24, inclusive, of the Civil Code set forth on page 2. Read it carefully. I/WE ACKNOWLEDGE RECEIPT OF A COPY OF THIS DISCLOSURE AND THE PORTIONS OF THE CIVIL CODE PRINTED ON THE BACK (OR A SEPARATE PAGE).**

☐ Buyer ☒ Seller ☐ Landlord ☐ Tenant _____ Date _____
                       *Sam S. Leslie ATF Lisa Frances Platt*

☐ Buyer ☐ Seller ☐ Landlord ☐ Tenant _____ Date _____

Agent _____*Rodeo Realty, Inc. - Beverly Hills*_____ DRE Lic. # *00951359* _____
           Real Estate Broker (Firm)

By _____ DRE Lic. # *00694610* _____ Date _____
   (Salesperson or Broker-Associate, if any) *Zizi Pak / John Gould*

© 1991-2018, California Association of REALTORS®, Inc.

AD REVISED 12/18 (PAGE 1 OF 2)

**DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 1 OF 2)**

Rodeo Realty - Beverly Hills, 202 N. Canon Dr. Beverly Hills CA 90210              Phone: (310) 471-2600     Fax: (310) 724-7131     205 Tigertail Rd.
Zizi Pak             Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

00031

## CIVIL CODE SECTIONS 2079.13 – 2079.24 (2079.16 APPEARS ON THE FRONT)

**2079.13.** As used in Sections 2079.7 and 2079.14 to 2079.24, inclusive, the following terms have the following meanings: **(a)** "Agent" means a person acting under provisions of Title 9 (commencing with Section 2295) in a real property transaction, and includes a person who is licensed as a real estate broker under Chapter 3 (commencing with Section 10130) of Part 1 of Division 4 of the Business and Professions Code, and under whose license a listing is executed or an offer to purchase is obtained. The agent in the real property transaction bears responsibility for that agent's salespersons or broker associates who perform as agents of the agent. When a salesperson or broker associate owes a duty to any principal, or to any buyer or seller who is not a principal, in a real property transaction, that duty is equivalent to the duty owed to that party by the broker for whom the salesperson or broker associate functions. **(b)** "Buyer" means a transferee in a real property transaction, and includes a person who executes an offer to purchase real property from a seller through an agent, or who seeks the services of an agent in more than a casual, transitory, or preliminary manner, with the object of entering into a real property transaction. "Buyer" includes vendee or lessee of real property. **(c)** "Commercial real property" means all real property in the state, except (1) single-family residential real property, (2) dwelling units made subject to Chapter 2 (commencing with Section 1940) of Title 5, (3) a mobilehome, as defined in Section 798.3, (4) vacant land, or (5) a recreational vehicle, as defined in Section 799.29. **(d)** "Dual agent" means an agent acting, either directly or through a salesperson or broker associate, as agent for both the seller and the buyer in a real property transaction. **(e)** "Listing agreement" means a written contract between a seller of real property and an agent, by which the agent has been authorized to sell the real property or to find or obtain a buyer, including rendering other services for which a real estate license is required to the seller pursuant to the terms of the agreement. **(f)** "Seller's agent" means a person who has obtained a listing of real property to act as an agent for compensation. **(g)** "Listing price" is the amount expressed in dollars specified in the listing for which the seller is willing to sell the real property through the seller's agent. **(h)** "Offering price" is the amount expressed in dollars specified in an offer to purchase for which the buyer is willing to buy the real property. **(i)** "Offer to purchase" means a written contract executed by a buyer acting through a buyer's agent that becomes the contract for the sale of the real property upon acceptance by the seller. **(j)** "Real property" means any estate specified by subdivision (1) or (2) of Section 761 in property, and includes (1) single-family residential property, (2) multiunit residential property with more than four dwelling units, (3) commercial real property, (4) vacant land, (5) a ground lease coupled with improvements, or (6) a manufactured home as defined in Section 18007 of the Health and Safety Code, or a mobilehome as defined in Section 18008 of the Health and Safety Code, when offered for sale or sold through an agent pursuant to the authority contained in Section 10131.6 of the Business and Professions Code. **(k)** "Real property transaction" means a transaction for the sale of real property in which an agent is retained by a buyer, seller, or both a buyer and seller to act in that transaction, and includes a listing or an offer to purchase. **(l)** "Sell," "sale," or "sold" refers to a transaction for the transfer of real property from the seller to the buyer and includes exchanges of real property between the seller and buyer, transactions for the creation of a real property sales contract within the meaning of Section 2985, and transactions for the creation of a leasehold exceeding one year's duration. **(m)** "Seller" means the transferor in a real property transaction and includes an owner who lists real property with an agent, whether or not a transfer results, or who receives an offer to purchase real property of which he or she is the owner from an agent on behalf of another. "Seller" includes both a vendor and a lessor of real property. **(n)** "Buyer's agent" means an agent who represents a buyer in a real property transaction.

**2079.14.** A seller's agent and buyer's agent in a real property transaction with a copy of the disclosure form specified in Section 2079.16, and shall obtain a signed acknowledgment of receipt from that seller and buyer, except as provided in Section 2079.15, as follows: **(a)** The seller's agent, if any, shall provide the disclosure form to the seller prior to entering into the listing agreement. **(b)** The buyer's agent shall provide the disclosure form to the buyer as soon as practicable prior to execution of the buyer's offer to purchase. If the offer to purchase is not prepared by the buyer's agent, the buyer's agent shall present the disclosure form to the buyer not later than the next business day after receiving the offer to purchase from the buyer.

**2079.15.** In any circumstance in which the seller or buyer refuses to sign an acknowledgment of receipt pursuant to Section 2079.14, the agent shall set forth, sign, and date a written declaration of the facts of the refusal.

**2079.16** Reproduced on Page 1 of this AD form.

**2079.17(a)** As soon as practicable, the buyer's agent shall disclose to the buyer and seller whether the agent is acting in the real property transaction as the buyer's agent, or as a dual agent representing both the buyer and the seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller, the buyer, and the buyer's agent prior to or coincident with execution of that contract by the buyer and the seller, respectively. **(b)** As soon as practicable, the seller's agent shall disclose to the seller whether the seller's agent is acting in the real property transaction as the seller's agent, or as a dual agent representing both the buyer and seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller and the seller's agent prior to or coincident with the execution of that contract by the seller.

CONFIRMATION: The following agency relationships are confirmed for this transaction:

| | | |
|---|---|---|
| Seller's Brokerage Firm | DO NOT COMPLETE. SAMPLE ONLY | License Number _____ |

Is the broker of (check one): ☐ the seller; or ☐ both the buyer and seller. (dual agent)

| | | |
|---|---|---|
| Seller's Agent | DO NOT COMPLETE. SAMPLE ONLY | License Number _____ |

Is (check one): ☐ the Seller's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)

| | | |
|---|---|---|
| Buyer's Brokerage Firm | DO NOT COMPLETE. SAMPLE ONLY | License Number _____ |

Is the broker of (check one): ☐ the buyer; or ☐ both the buyer and seller. (dual agent)

| | | |
|---|---|---|
| Buyer's Agent | DO NOT COMPLETE. SAMPLE ONLY | License Number _____ |

Is (check one): ☐ the Buyer's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)

**(d)** The disclosures and confirmation required by this section shall be in addition to the disclosure required by Section 2079.14. An agent's duty to provide disclosure and confirmation of representation in this section may be performed by a real estate salesperson or broker associate affiliated with that broker.

**2079.18** (Repealed pursuant to AB-1289)

**2079.19** The payment of compensation or the obligation to pay compensation to an agent by the seller or buyer is not necessarily determinative of a particular agency relationship between an agent and the seller or buyer. A listing agent and a selling agent may agree to share any compensation or commission paid, or any right to any compensation or commission for which an obligation arises as the result of a real estate transaction, and the terms of any such agreement shall not necessarily be determinative of a particular relationship.

**2079.20** Nothing in this article prevents an agent from selecting, as a condition of the agent's employment, a specific form of agency relationship not specifically prohibited by this article if the requirements of Section 2079.14 and Section 2079.17 are complied with.

**2079.21** **(a)** A dual agent may not, without the express permission of the seller, disclose to the buyer any confidential information obtained from the seller. **(b)** A dual agent may not, without the express permission of the buyer, disclose to the seller any confidential information obtained from the buyer. **(c)** "Confidential information" means facts relating to the client's financial position, motivations, bargaining position, or other personal information that may impact price, such as the seller is willing to accept a price less than the listing price or the buyer is willing to pay a price greater than the price offered. **(d)** This section does not alter in any way the duty or responsibility of a dual agent to any principal with respect to confidential information other than price.

**2079.22** Nothing in this article precludes a seller's agent from also being a buyer's agent. If a seller or buyer in a transaction chooses to not be represented by an agent, that does not, of itself, make that agent a dual agent.

**2079.23** A contract between the principal and agent may be modified or altered to change the agency relationship at any time before the performance of the act which is the object of the agency with the written consent of the parties to the agency relationship.

**2079.24** Nothing in this article shall be construed to either diminish the duty of disclosure owed buyers and sellers by agents and their associate licensees, subagents, and employees or to relieve agents and their associate licensees, subagents, and employees from liability for their conduct in connection with acts governed by this article or for any breach of a fiduciary duty or a duty of disclosure.

© 1991-2018, California Association of REALTORS®, Inc.

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.



Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the California Association of REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



AD REVISED 12/18 (PAGE 2 OF 2)

## DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 2 OF 2)

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com        205 Tigertail Rd.

00032

CALIFORNIA
ASSOCIATION
OF REALTORS®

**RESIDENTIAL LISTING AGREEMENT**
(Exclusive Authorization and Right to Sell)
(C.A.R. Form RLA, Revised 12/18)



Date Prepared: _**10/15/2019**_

1. **EXCLUSIVE RIGHT TO SELL:** _____ _**Sam S. Leslie ATF Lisa Frances Platt**_ _____ ("Seller")
   hereby employs and grants _____ _**Rodeo Realty, Inc. - Beverly Hills**_ _____ ("Broker")
   beginning (date) _**October 18, 2019**_ and ending at 11:59 P.M. on (date) ____ _**April 21, 2020**_ ("Listing Period")
   the exclusive and irrevocable right to sell or exchange the real property described as _**205 N Tigertail Rd**_
   _____, situated in _____ _**Los Angeles**_ _____ (City),
   ____ _**Los Angeles**_ ____ (County), California, _**90049-2803**_ (Zip Code), Assessor's Parcel No. _**4403-011-006**_ ("Property").
   ☐ This Property is a manufactured (mobile) home. See addendum for additional terms.
   ☐ This Property is being sold as part of a probate, conservatorship or guardianship. See addendum for additional terms.
2. **LISTING PRICE AND TERMS:**
   A. The listing price shall be: _**Nine Million, Two Hundred Fifty Thousand**_ _____
      _____ Dollars ($ _**9,250,000.00**_ ).
   B. Listing Terms: _**Subject to terms of Chapter 7 Bankruptcy Trustee Addendum to Listing Agreement**_

3. **COMPENSATION TO BROKER:**
   **Notice: The amount or rate of real estate commissions is not fixed by law. They are set by each Broker individually and may be negotiable between Seller and Broker (real estate commissions include all compensation and fees to Broker).**
   A. Seller agrees to pay to Broker as compensation for services irrespective of agency relationship(s), either ☒ _**5.000**_ percent of the listing price (or if a purchase agreement is entered into, of the purchase price), or ☐ $ _____,
      AND _____ , as follows:
      (1) If during the Listing Period, or any extension, Broker, cooperating broker, Seller or any other person procures a ready, willing, and able buyer(s) whose offer to purchase the Property on any price and terms is accepted by Seller, provided the Buyer completes the transaction or is prevented from doing so by Seller. (Broker is entitled to compensation whether any escrow resulting from such offer closes during or after the expiration of the Listing Period, or any extension.)
      OR (2) If within _**NA**_ calendar days (a) after the end of the Listing Period or any extension; or (b) after any cancellation of this Agreement, unless otherwise agreed, Seller enters into a contract to sell, convey, lease or otherwise transfer the Property to anyone ("Prospective Buyer") or that person's related entity: (i) who physically entered and was shown the Property during the Listing Period or any extension by Broker or a cooperating broker; or (ii) for whom Broker or any cooperating broker submitted to Seller a signed, written offer to acquire, lease, exchange or obtain an option on the Property. Seller, however, shall have no obligation to Broker under paragraph 3A(2) unless, not later than the end of the Listing Period or any extension or cancellation, Broker has given Seller a written notice of the names of such Prospective Buyers.
      OR (3) If, without Broker's prior written consent, the Property is withdrawn from sale, conveyed, leased, rented, otherwise transferred, or made unmarketable by a voluntary act of Seller during the Listing Period, or any extension.
   B. If completion of the sale is prevented by a party to the transaction other than Seller, then compensation which otherwise would have been earned under paragraph 3A shall be payable only if and when Seller collects damages by suit, arbitration, settlement or otherwise, and then in an amount equal to the lesser of one-half of the damages recovered or the above compensation, after first deducting title and escrow expenses and the expenses of collection, if any.
   C. In addition, Seller agrees to pay Broker: _**NA**_
   D. Seller has been advised of Broker's policy regarding cooperation with, and the amount of compensation offered to, other brokers.
      (1) Broker is authorized to cooperate with and compensate brokers participating through the multiple listing service(s) ("MLS") by offering to MLS brokers out of Broker's compensation specified in 3A, either ☒ _**2.500**_ percent of the purchase price, or ☐ $ _____ .
      (2) Broker is authorized to cooperate with and compensate brokers operating outside the MLS as per Broker's policy.
   E. Seller hereby irrevocably assigns to Broker the above compensation from Seller's funds and proceeds in escrow. Broker may submit this Agreement, as instructions to compensate Broker pursuant to paragraph 3A, to any escrow regarding the Property involving Seller and a buyer, Prospective Buyer or other transferee.
   F. (1) Seller represents that Seller has not previously entered into a listing agreement with another broker regarding the Property, unless specified as follows: _____
      (2) Seller warrants that Seller has no obligation to pay compensation to any other broker regarding the Property unless the Property is transferred to any of the following individuals or entities: _____
      (3) If the Property is sold to anyone listed above during the time Seller is obligated to compensate another broker: (i) Broker is not entitled to compensation under this Agreement; and (ii) Broker is not obligated to represent Seller in such transaction.

© 2019, California Association of REALTORS®, Inc.
Seller's Initials ( _____ ) ( _____ )
**RLA REVISED 12/18 (PAGE 1 OF 5)**
**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 1 OF 5)**

| | |
|---|---|
| Rodeo Realty - Beverly Hills, 202 N. Canon Dr. Beverly Hills CA 90210 | Phone: (310) 471-2600   Fax: (310) 724-7131   205 Tigertail Rd. |
| Zizi Pak | Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com |

Property Address: **_205 N Tigertail Rd, Los Angeles, CA  90049-2803_** _____    Date: **_10/15/2019_**

**4. A. ITEMS EXCLUDED AND INCLUDED:** Unless otherwise specified in a real estate purchase agreement, all fixtures and fittings that are attached to the Property are included, and personal property items are excluded, from the purchase price.
ADDITIONAL ITEMS EXCLUDED: _____.
ADDITIONAL ITEMS INCLUDED: _____.
Seller intends that the above items be excluded or included in offering the Property for sale, but understands that: (i) the purchase agreement supersedes any intention expressed above and will ultimately determine which items are excluded and included in the sale; and (ii) Broker is not responsible for and does not guarantee that the above exclusions and/or inclusions will be in the purchase agreement.

**B. (1) Leased Or Not Owned Items:** The following items are leased or not owned by Seller:
☐ Solar power system    ☐ Alarm system    ☐ Propane tank    ☐ Water Softener
☐ Other _____
**(2) Liened Items:** The following items have been financed and a lien has been placed on the Property to secure payment:
☐ Solar power system    ☐ Windows or doors    ☐ Heating/Ventilation/Air conditioning system
☐ Other _____
Seller will provide to Buyer, as part of the sales agreement, copies of lease documents, or other documents obligating Seller to pay for any such leased or liened item.

**5. MULTIPLE LISTING SERVICE:**
**A.** Broker is a participant/subscriber to _____ **_CLAW_** _____ Multiple Listing Service (MLS) and possibly others. Unless otherwise instructed in writing the Property will be listed with the MLS(s) specified above. That MLS is (or if checked ☐ is not) the primary MLS for the geographic area of the Property. All terms of the transaction, including sales price and financing, if applicable, (i) will be provided to the MLS in which the property is listed for publication, dissemination and use by persons and entities on terms approved by the MLS and (ii) may be provided to the MLS even if the Property was not listed with the MLS. Seller consents to Broker providing a copy of this listing agreement to the MLS if required by the MLS.

---

**BENEFITS OF USING THE MLS; IMPACT OF OPTING OUT OF THE MLS; PRESENTING ALL OFFERS**

**WHAT IS AN MLS?** The MLS is a database of properties for sale that is available and disseminated to and accessible by all other real estate agents who are participants or subscribers to the MLS. Property information submitted to the MLS describes the price, terms and conditions under which the Seller's property is offered for sale (including but not limited to the listing broker's offer of compensation to other brokers). It is likely that a significant number of real estate practitioners in any given area are participants or subscribers to the MLS. The MLS may also be part of a reciprocal agreement to which other multiple listing services belong. Real estate agents belonging to other multiple listing services that have reciprocal agreements with the MLS also have access to the information submitted to the MLS. The MLS may further transmit listing information to Internet sites that post property listings online.

**EXPOSURE TO BUYERS THROUGH MLS:** Listing property with an MLS exposes a seller's property to all real estate agents and brokers (and their potential buyer clients) who are participants or subscribers to the MLS or a reciprocating MLS.

**CLOSED/PRIVATE LISTING CLUBS OR GROUPS:** Closed or private listing clubs or groups are not the same as the MLS. The MLS referred to above is accessible to all eligible real estate licensees and provides broad exposure for a listed property. Private or closed listing clubs or groups of licensees may have been formed outside the MLS. Private or closed listing clubs or groups are accessible to a more limited number of licensees and generally offer less exposure for listed property. Whether listing property through a closed, private network - and excluding it from the MLS - is advantageous or disadvantageous to a seller, and why, should be discussed with the agent taking the Seller's listing.

**NOT LISTING PROPERTY IN A LOCAL MLS:** If the Property is listed in an MLS which does not cover the geographic area where the Property is located then real estate agents and brokers working that territory, and Buyers they represent looking for property in the neighborhood, may not be aware the Property is for sale.

**OPTING OUT OF MLS:** If Seller elects to exclude the Property from the MLS, Seller understands and acknowledges that: (a) real estate agents and brokers from other real estate offices, and their buyer clients, who have access to that MLS may not be aware that Seller's Property is offered for sale; (b) Information about Seller's Property will not be transmitted from the MLS to various real estate Internet sites that are used by the public to search for property listings; (c) real estate agents, brokers and members of the public may be unaware of the terms and conditions under which Seller is marketing the Property.

**REDUCTION IN EXPOSURE:** Any reduction in exposure of the Property may lower the number of offers and negatively impact the sales price.

**PRESENTING ALL OFFERS:** Seller understands that Broker must present all offers received for Seller's Property unless Seller gives Broker written instructions to the contrary.

Seller's Initials (_____)(_____)    Broker's/Agent's Initials (_____)(_____)

---

Seller's Initials (_____)  (_____)

**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 2 OF 5)**
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com       205 Tigertail Rd.

00034

Property Address: **_205 N Tigertail Rd, Los Angeles, CA  90049-2803_**_____ Date: **_10/15/2019_**___

B. MLS rules generally provide that residential real property and vacant lot listings be submitted to the MLS within 2 days or some other period of time after all necessary signatures have been obtained on the listing agreement. Broker will not have to submit this listing to the MLS if, within that time, Broker submits to the MLS an appropriate form signed by Seller.
☐ Seller elects to exclude the Property from the MLS as provided by C.A.R. Form SELM or the local equivalent form.

C. MLS rules allow MLS data to be made available by the MLS to additional Internet sites unless Broker gives the MLS instructions to the contrary. Seller acknowledges that for any of the below opt-out instructions to be effective, Seller must make them on a separate instruction to Broker signed by Seller. Specific information that can be excluded from the Internet as permitted by (or in accordance with) the MLS is as follows:

(1) **Property Availability On The MLS; Address On the MLS:** Seller can instruct Broker to have the MLS not display the Property or the Property address on the Internet. Seller understands that either of these opt-outs would mean consumers searching for listings on the Internet may not see the Property or Property's address in response to their search.

(2) **Feature Opt-Outs:** Seller can instruct Broker to advise the MLS that Seller does not want visitors to MLS Participant or Subscriber Websites or Electronic Displays that display the Property listing to have the features below. Seller understands (i) that these opt-outs apply only to Websites or Electronic Displays of MLS Participants and Subscribers who are real estate broker and agent members of the MLS; (ii) that other Internet sites may or may not have the features set forth herein; and (iii) that neither Broker nor the MLS may have the ability to control or block such features on other Internet sites.

(a) **Comments And Reviews:** The ability to write comments or reviews about the Property on those sites; or the ability to link to another site containing such comments or reviews if the link is in immediate conjunction with the Property display.

(b) **Automated Estimate Of Value:** The ability to create an automated estimate of value or to link to another site containing such an estimate of value if the link is in immediate conjunction with the Property display. ☐ Seller elects to opt out of certain Internet features as provided by C.A.R. Form SELI or the local equivalent form.

6. **SELLER REPRESENTATIONS:** Seller represents that, unless otherwise specified in writing, Seller is unaware of: (i) any Notice of Default recorded against the Property; (ii) any delinquent amounts due under any loan secured by, or other obligation affecting the Property; (iii) any bankruptcy, insolvency or similar proceeding affecting the Property; (iv) any litigation, arbitration, administrative action, government investigation or other pending or threatened action that affects or may affect the Property or Seller's ability to transfer it; and (v) any current, pending or proposed special assessments affecting the Listing Period or any extension thereof. Seller shall promptly notify Broker in writing if Seller becomes aware of any of these items during the Listing Period or any extension thereof.

7. **BROKER'S AND SELLER'S DUTIES:**

A. Broker agrees to exercise reasonable effort and due diligence to achieve the purposes of this Agreement. Unless Seller gives Broker written instructions to the contrary, Broker is authorized, but not required, to (i) order reports and disclosures including those specified in 7C as necessary, (ii) advertise and market the Property by any method and in any medium selected by Broker, including MLS and the Internet, and, to the extent permitted by these media, control the dissemination of the information submitted to any medium; and (iii) disclose to any real estate licensee making an inquiry the receipt of any offers on the Property and the offering price of such offers.

B. Seller agrees to consider offers presented by Broker, and to act in good faith to accomplish the sale of the Property by, among other things, making the Property available for showing at reasonable times and, subject to paragraph 3F, referring to Broker all inquiries of any party interested in the Property. Seller is responsible for determining at what price to list and sell the Property.

C. Investigations and Reports: Seller agrees, within 5 (or____) Days of the beginning date of this Agreement, to pay for the following pre-sale reports: ☐ Structural Pest Control  ☐ General Property Inspection  ☐ Homeowners Association Documents
☐ Other _____.

D. Seller further agrees to indemnify, defend and hold Broker harmless from all claims, disputes, litigation, judgments attorney fees and costs arising from any incorrect or incomplete information supplied by Seller, or from any material facts that Seller knows but fails to disclose including dangerous or hidden conditions on the Property.

8. **DEPOSIT:** Broker is authorized to accept and hold on Seller's behalf any deposits to be applied toward the purchase price.

9. **AGENCY RELATIONSHIPS:**

A. **Disclosure:** The Seller acknowledges receipt of a ☒ "Disclosure Regarding Real Estate Agency Relationships" (C.A.R. Form AD).

B. **Seller Representation:** Broker shall represent Seller in any resulting transaction, except as specified in paragraph 3F.

C. **Possible Dual Agency With Buyer:** Depending upon the circumstances, it may be necessary or appropriate for Broker to act as an agent for both Seller and buyer, exchange party, or one or more additional parties ("Buyer"). Broker shall, as soon as practicable, disclose to Seller any election to act as a dual agent representing both Seller and Buyer. If a Buyer is procured directly by Broker or an associate-licensee in Broker's firm, Seller hereby consents to Broker acting as a dual agent for Seller and Buyer. In the event of an exchange, Seller hereby consents to Broker collecting compensation from additional parties for services rendered, provided there is disclosure to all parties of such agency and compensation. Seller understands and agrees that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the Seller's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

Seller's Initials  (___) (___)

RLA REVISED 12/18 (PAGE 3 OF 5)

**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 3 OF 5)**
Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                    205 Tigertail Rd.

00035

Property Address: *205 N Tigertail Rd, Los Angeles, CA 90049-2803* _____ Date: *10/15/2019*

   D. **Confirmation:** Broker shall confirm the agency relationship described above, or as modified, in writing, prior to or concurrent with Seller's execution of a purchase agreement.

   E. **Potentially Competing Sellers and Buyers:** Seller understands that Broker may have or obtain listings on other properties, and that potential buyers may consider, make offers on, or purchase through Broker, property the same as or similar to Seller's Property. Seller consents to Broker's representation of sellers and buyers of other properties before, during and after the end of this Agreement. Seller acknowledges receipt of a [X] "Possible Representation of More than One Buyer or Seller - Disclosure and Consent" (C.A.R. Form PRBS).

10. **SECURITY, INSURANCE, SHOWINGS, AUDIO AND VIDEO:** Broker is not responsible for loss of or damage to personal or real property, or person, whether attributable to use of a keysafe/lockbox, a showing of the Property, or otherwise. Third parties, including, but not limited to, appraisers, inspectors, brokers and prospective buyers, may have access to, and take videos and photographs of, the interior of the Property. Seller agrees: (i) to take reasonable precautions to safeguard and protect valuables that might be accessible during showings of the Property; and (ii) to obtain insurance to protect against these risks. Broker does not maintain insurance to protect Seller. Persons visiting the Property may not be aware that they could be recorded by audio or visual devices installed by Seller (such as "nanny cams" and hidden security cameras). Seller is advised to post notice disclosing the existence of security devices.

11. **PHOTOGRAPHS AND INTERNET ADVERTISING:**

   A. In order to effectively market the Property for sale it is often necessary to provide photographs, virtual tours and other media to buyers. Seller agrees (or [ ] if checked, does not agree) that Broker may photograph or otherwise electronically capture images of the exterior and interior of the Property ("Images") for static and/or virtual tours of the Property by buyers and others for use on Broker's website, the MLS, and other marketing materials and sites. Seller acknowledges that once Images are placed on the Internet neither Broker nor Seller has control over who can view such Images and what use viewers may make of the Images, or how long such Images may remain available on the Internet. Seller further assigns any rights in all Images to the Broker and agrees that such Images are the property of Broker and that Broker may use such Images for advertising, including post sale and for Broker's business in the future.

   B. Seller acknowledges that prospective buyers and/or other persons coming onto the property may take photographs, videos or other images of the property. Seller understands that Broker does not have the ability to control or block the taking and use of Images by any such persons. (If checked ) [ ] Seller instructs Broker to publish in the MLS that taking of Images is limited to those persons preparing Appraisal or Inspection reports. Seller acknowledges that unauthorized persons may take images who do not have access to or have not read any limiting instruction in the MLS or who take images regardless of any limiting instruction in the MLS. Once Images are taken and/or put into electronic display on the Internet or otherwise, neither Broker nor Seller has control over who views such Images nor what use viewers may make of the Images.

12. **KEYSAFE/LOCKBOX:** A keysafe/lockbox is designed to hold a key to the Property to permit access to the Property by Broker, cooperating brokers, MLS participants, their authorized licensees and representatives, authorized inspectors, and accompanied prospective buyers. Broker, cooperating brokers, MLS and Associations/Boards of REALTORS® are not insurers against injury, theft, loss, vandalism or damage attributed to the use of a keysafe/lockbox. Seller does (or if checked [ ] does not) authorize Broker to install a keysafe/lockbox. If Seller does not occupy the Property, Seller shall be responsible for obtaining occupant(s)' written permission for use of a keysafe/lockbox (C.A.R. Form KLA).

13. **SIGN:** Seller does (or if checked [ ] does not) authorize Broker to install a FOR SALE/SOLD sign on the Property.

14. **EQUAL HOUSING OPPORTUNITY:** The Property is offered in compliance with federal, state and local anti-discrimination laws.

15. **ATTORNEY FEES:** In any action, proceeding or arbitration between Seller and Broker to enforce the compensation provisions of this Agreement, the prevailing Seller or Broker shall be entitled to reasonable attorney fees and costs from the non-prevailing Seller or Broker, except as provided in paragraph 19A.

16. **ADDITIONAL TERMS:** [ ] REO Advisory Listing (C.A.R. Form REOL) [ ] Short Sale Information and Advisory (C.A.R. Form SSIA)
   [ ] Trust Advisory (C.A.R. Form TA)
   [ ] Seller intends to include a contingency to purchase a replacement property as part of any resulting transaction
   *John P. Gould DRE# 00931590 johnpgould@aol.com*
   *Zizi Pak DRE# 00694610 zizi@zizipak.com*

17. **MANAGEMENT APPROVAL:** If an associate-licensee in Broker's office (salesperson or broker-associate) enters into this Agreement on Broker's behalf, and Broker or Manager does not approve of its terms, Broker or Manager has the right to cancel this Agreement, in writing, within **5 Days** After its execution.

18. **SUCCESSORS AND ASSIGNS:** This Agreement shall be binding upon Seller and Seller's successors and assigns.

19. **DISPUTE RESOLUTION:**

   A. **MEDIATION:** Seller and Broker agree to mediate any dispute or claim arising between them regarding the obligation to pay compensation under this Agreement, before resorting to arbitration or court action. Mediation fees, if any, shall be divided equally among the parties involved. If, for any dispute or claim to which this paragraph applies, any party (i) commences an action without first attempting to resolve the matter through mediation, or (ii) before commencement of an action, refuses to mediate after a request has been made, then that party shall not be entitled to recover attorney fees, even if they would otherwise be available to that party in any such action. **Exclusions from this mediation agreement are specified in paragraph 19B.**

Seller's Initials ( ) ( )

**RLA REVISED 12/18 (PAGE 4 OF 5)**

**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 4 OF 5)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          205 Tigertail Rd.

00036

Property Address: **_205 N Tigertail Rd, Los Angeles, CA 90049-2803_**_____ Date: **_10/15/2019_**___

**B. ADDITIONAL MEDIATION TERMS:** The following matters shall be excluded from mediation: (i) a judicial or non-judicial foreclosure or other action or proceeding to enforce a deed of trust, mortgage or installment land sale contract as defined in Civil Code §2985; (ii) an unlawful detainer action; (iii) the filing or enforcement of a mechanic's lien; and (iv) any matter that is within the jurisdiction of a probate, small claims or bankruptcy court. The filing of a court action to enable the recording of a notice of pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver or violation of the mediation provisions.

**C. ADVISORY:** If Seller and Broker desire to resolve disputes arising between them through arbitration rather than court, they can document their agreement by attaching and signing an Arbitration Agreement (C.A.R. Form ARB).

**20. ENTIRE AGREEMENT:** All prior discussions, negotiations and agreements between the parties concerning the subject matter of this Agreement are superseded by this Agreement, which constitutes the entire contract and a complete and exclusive expression of their agreement, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. If any provision of this Agreement is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect. This Agreement and any supplement, addendum or modification, including any photocopy or facsimile, may be executed in counterparts.

**21. OWNERSHIP, TITLE AND AUTHORITY:** Seller warrants that: (i) Seller is the owner of the Property; (ii) no other persons or entities have title to the Property; and (iii) Seller has the authority to both execute this Agreement and sell the Property. Exceptions to ownership, title and authority are as follows:_____
_____.

☐ **REPRESENTATIVE CAPACITY:** This Listing Agreement is being signed for Seller by an individual acting in a Representative Capacity as specified in the attached Representative Capacity Signature Disclosure (C.A.R. Form RCSD-S). Wherever the signature or initials of the representative identified in the RCSD appear on this Agreement or any related documents, it shall be deemed to be in a representative capacity for the entity described and not in an individual capacity, unless otherwise indicated. Seller (i) represents that the entity for which the individual is signing already exists and (ii) shall Deliver to Broker, within 3 Days After Execution of this Agreement, evidence of authority to act (such as but not limited to: applicable trust document, or portion thereof, letters testamentary, court order, power of attorney, resolution, or formation documents of the business entity).

**By signing below, Seller acknowledges that Seller has read, understands, received a copy of and agrees to the terms of this Agreement.**

Seller _____   **_Sam S. Leslie ATF Lisa Frances Platt_** Date _10·28·19_
**Sam S. Leslie ATF Lisa Frances Platt**
Address _____ City _____ State _____ Zip _____
Telephone _____ Fax _____ E-mail _____

Seller _____ Date _____
Address _____ City _____ State _____ Zip _____
Telephone _____ Fax _____ E-mail _____

☐ Additional Signature Addendum attached (C.A.R. Form ASA)

Real Estate Broker (Firm) **_Rodeo Realty, Inc. - Beverly Hills_**_____ DRE Lic.# **_00951359_**___
Address _____ City _____ State _____ Zip _____

By _____ Tel.**_(310)266-5032_** E-mail **_zizi@zizipak.com_** DRE Lic.# **_00694610_** Date _____
**_Zizi Pak / John Gould_**
By _____ Tel._____ E-mail _____ DRE Lic.#_____ Date _____

☐ Two Brokers with different companies are co-listing the Property. Co-listing Broker information is on the attached Additional Broker Acknowledgement (C.A.R. Form ABA).

© 2019, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**RLA REVISED 12/18 (PAGE 5 OF 5)**

**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 5 OF 5)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com      205 Tigertail Rd.

00037



**CALIFORNIA
ASSOCIATION
OF REALTORS®**

**SELLER'S ADVISORY**
(C.A.R. Form SA, Revised 12/15)



Property Address: **205 N Tigertail Rd, Los Angeles, CA  90049-2803**                                    ("Property")

1. **INTRODUCTION:** Selling property in California is a process that involves many steps. From start to finish, it could take anywhere from a few weeks to many months, depending upon the condition of your Property, local market conditions and other factors. You have already taken an important first step by listing your Property for sale with a licensed real estate broker. Your broker will help guide you through the process and may refer you to other professionals, as needed. This advisory addresses many things you may need to think about and do as you market your Property. Some of these things are requirements imposed upon you, either by law or by the listing or sale contract. Others are simply practical matters that may arise during the process. Please read this document carefully and, if you have any questions, ask your broker or appropriate legal or tax advisor for help.

2. **DISCLOSURES:**
   A. **General Disclosure Duties:** You must affirmatively disclose to the buyer, in writing, any and all known facts that materially affect the value or desirability of your Property. You must disclose these facts whether or not asked about such matters by the buyer, any broker, or anyone else. This duty to disclose applies even if the buyer agrees to purchase your Property in its present condition without requiring you to make any repairs. If you do not know what or how to disclose, you should consult a real estate attorney in California of your choosing. Broker cannot advise you on the legal sufficiency of any disclosures you make. If the Property you are selling is a residence with one to four units except for certain subdivisions, your broker also has a duty to conduct a reasonably competent and diligent visual inspection of the accessible areas and to disclose to a buyer all adverse material facts that the inspection reveals. If your broker discovers something that could indicate a problem, your broker must advise the buyer.
   B. **Statutory Duties:** (For one-to-four Residential Units):
      (1) You must timely prepare and deliver to the buyer, among other things, a Real Estate Transfer Disclosure Statement ("TDS"), and a Natural Hazard Disclosure Statement ("NHD"). You have a legal obligation to honestly and completely fill out the TDS form in its entirety. (Many local entities or organizations have their own supplement to the TDS that you may also be asked to complete.) The NHD is a statement indicating whether your Property is in certain designated flood, fire or earthquake/seismic hazard zones. Third-party professional companies can help you with this task.
      (2) Depending upon the age and type of construction of your Property, you may also be required to provide and, in certain cases you can receive limited legal protection by providing, the buyer with booklets entitled "The Homeowner's Guide to Earthquake Safety," "The Commercial Property Owner's Guide to Earthquake Safety," "Protect Your Family From Lead in Your Home" and "Environmental Hazards: A Guide For Homeowners and Buyers." Some of these booklets may be packaged together for your convenience. The earthquake guides ask you to answer specific questions about your Property's structure and preparedness for an earthquake. If you are required to supply the booklet about lead, you will also be required to disclose to the buyer any known lead-based paint and lead-based paint hazards on a separate form. The environmental hazards guide informs the buyer of common environmental hazards that may be found in properties.
      (3) If you know that your property is: (i) located within one mile of a former military ordnance location; or (ii) in or affected by a zone or district allowing manufacturing, commercial or airport use, you must disclose this to the buyer. You are also required to make a good faith effort to obtain and deliver to the buyer a disclosure notice from the appropriate local agency(ies) about any special tax levied on your Property pursuant to the Mello-Roos Community Facilities Act, the Improvement Bond Act of 1915, and a notice concerning the contractual assessment provided by section 5898.24 of the Streets And Highways Code (collectively, "Special Tax Disclosures").
      (4) If the TDS, NHD, or lead, military ordnance, commercial zone or Special Tax Disclosures are provided to a buyer after you accept that buyer's offer, the buyer will have 3 days after delivery (or 5 days if mailed) to terminate the offer, which is why it is extremely important to complete these disclosures as soon as possible. There are certain exemptions from these statutory requirements; however, if you have actual knowledge of any of these items, you may still be required to make a disclosure as the items can be considered material facts.
   C. **Death and Other Disclosures:** Many buyers consider death on real property to be a material fact in the purchase of property. In some situations, it is advisable to disclose that a death occurred or the manner of death; however, California Civil Code Section 1710.2 provides that you have no disclosure duty "where the death has occurred more than three years prior to the date the transferee offers to purchase, lease, or rent the real property, or [regardless of the date of occurrence] that an occupant of that property was afflicted with, or died from, Human T-Lymphotropic Virus Type III/Lymphadenopathy-Associated Virus." This law does not "immunize an owner or his or her agent from making an intentional misrepresentation in response to a direct inquiry from a transferee or a prospective transferee of real property, concerning deaths on the real property."
   D. **Condominiums and Other Common Interest Subdivisions:** If the Property is a condominium, townhouse, or other property in a common interest subdivision, you must provide to the buyer copies of the governing documents, the most recent financial statements distributed, and other documents required by law or contract. If you do not have a current version of these documents, you can request them from the management of your homeowner's association. To avoid delays, you are encouraged to obtain these documents as soon as possible, even if you have not yet entered into a purchase agreement to sell your Property.

3. **CONTRACT TERMS AND LEGAL REQUIREMENTS:**
   A. **Contract Terms and Conditions:** A buyer may request, as part of the contract for the sale of your Property, that you pay for repairs to the Property and other items. Your decision on whether or not to comply with a buyer's requests may affect your ability to sell your Property at a specified price.

© 1991-2015, California Association of REALTORS®, Inc.

Seller's Initials ( _____ ) ( _____ )

**SA REVISED 12/15 (PAGE 1 OF 2)**

**SELLER'S ADVISORY (SA PAGE 1 OF 2)**

Rodeo Realty - Beverly Hills, 202 N. Canon Dr. Beverly Hills CA 90210          Phone: (310) 471-2600          Fax: (310) 724-7131          205 Tigertail Rd.
Zizi Pak                                        Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

00038

Property Address: **205 N Tigertail Rd, Los Angeles, CA 90049-2803**_____ Date: _____

- **B. Withholding Taxes:** Under federal and California tax laws, a buyer is required to withhold a portion of the purchase price from your sale proceeds for tax purposes unless you sign an affidavit of non-foreign status and California residency, or some other exemption applies and is documented.
- **C. Prohibition Against Discrimination:** Discriminatory conduct in the sale of real property against individuals belonging to legally protected classes is a violation of the law.
- **D. Government Required Repairs, Replacements and Alterations:** Under State law, Property owners with limited exceptions, are required to: (1) Install operable smoke alarms and brace water heaters and provide a Buyer with a statement of compliance. Existing operable smoke alarms, that met compliance standards when installed, do no have to be removed even if not up to current legal requirements. Smoke alarms that are added or that replace older versions must comply with current law; and (2) install carbon monoxide detection devices. Some city and county governments may impose additional requirements, including, but not limited to, installing low-flow toilets and showerheads, gas shut-off valves, tempered glass, and barriers around swimming pools and spas. You should consult with the appropriate governmental agencies, inspectors, and other professionals to determine which requirements apply to your Property, the extent to which your Property complies with such requirements, and the costs, if any, of compliance.
- **E. EPA's LEAD-BASED PAINT RENOVATION, REPAIR AND PAINTING RULE:** The new rule requires that contractors and maintenance professionals working in pre-1978 housing, child care facilities, and schools with lead-based paint be certified; that their employees be trained; and that they follow protective work practice standards. The rule applies to renovation, repair, or painting activities affecting more than six square feet of lead-based paint in a room or more than 20 square feet of lead-based paint on the exterior. Enforcement of the rule begins October 1, 2010. See the EPA website at www.epa.gov/lead for more information.
- **F. Legal, Tax and Other Implications:** Selling your Property may have legal, tax, insurance, title or other implications. You should consult an appropriate professional for advice on these matters.

4. **MARKETING CONSIDERATIONS:**
- **A. Pre-Sale Inspections and Considerations:** You should consider doing what you can to prepare your Property for sale, such as correcting any defects or other problems, making cosmetic improvements, and staging. Many people are not aware of defects in or problems with their own Property. One way to make yourself aware is to obtain professional inspections prior to sale. Pre-sale inspections may include a general property inspection; an inspection for wood destroying pest and organisms (Structural Pest Control Report) and an inspection of the septic or well systems, if any, among others. By doing this, you then have an opportunity to make repairs before your Property is sold, which may enhance its marketability. Keep in mind, however, that any problems revealed by such inspection reports or repairs that have been made, whether or not disclosed in a report, should be disclosed to the buyer (see "Disclosures" in paragraph 2 above). This is true even if the buyer gets his/her own inspections covering the same area. Obtaining inspection reports may also assist you during contract negotiations with the buyer. For example, if a Structural Pest Control Report has both a primary and secondary recommendation for clearance, you may want to specify in the purchase agreement those recommendations, if any, for which you are going to pay.
- **B. Post-Sale Protections:** It is often helpful to provide the buyer with, among other things, a home protection/warranty plan for the Property. These plans will generally cover problems, not deemed to be pre-existing, that occur after your sale is completed. In the event something does go wrong after the sale, and it is covered by the plan, the buyer may be able to resolve the concern by contacting the home protection company.
- **C. Safety Precautions:** Advertising and marketing your Property for sale, including, but not limited to, holding open houses, placing a keysafe/lockbox, erecting FOR SALE signs, and disseminating photographs, video tapes, and virtual tours of the premises, may jeopardize your personal safety and that of your Property. You are strongly encouraged to maintain insurance, and to take any and all possible precautions and safeguards to protect yourself, other occupants, visitors, your Property, and your belongings, including cash, jewelry, drugs, firearms and other valuables located on the Property, against injury, theft, loss, vandalism, damage, and other harm.
- **D. Expenses:** You are advised that you, not the Broker, are responsible for the fees and costs, if any, to comply with your duties and obligations to the buyer of your Property.

5. **OTHER ITEMS:** _____
_____

Seller has read and understands this Advisory. By signing below, Seller acknowledges receipt of a copy of this document.

Seller _____ Date __6-28-19__

Print Name **Sam S. Leslie ATF Lisa Frances Platt**

Seller _____ Date _____

Print Name _____

Real Estate Broker (Listing Firm) **Rodeo Realty, Inc. - Beverly Hills**_____ DRE Lic.#: **00951359**

By _____**Zizi Pak / John Gould**_____ DRE Lic.# **00694610**___ Date _____

By _____ DRE Lic.#_____ Date _____

Address _____ City _____ State _____ Zip _____

Telephone **(310)266-5032**_____ Fax _____ E-mail **zizi@zizipak.com**

© 1991-2015, California Association of REALTORS®, Inc. Copyright claimed in Form SA, exclusive of language required by California Civil Code §1710.2. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**SA REVISED 12/15 (PAGE 2 OF 2)**

**SELLER'S ADVISORY (SA PAGE 2 OF 2)**

**00039**

**CALIFORNIA ASSOCIATION OF REALTORS®**

## POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER OR SELLER - DISCLOSURE AND CONSENT
### (C.A.R. Form PRBS, Revised 12/18)

A real estate broker (Broker), whether a corporation, partnership or sole proprietorship, may represent more than one buyer or seller. This multiple representation can occur through an individual licensed as a broker or salesperson or through different individual broker's or salespersons (associate licensees) acting under the Broker's license. The associate licensees may be working out of the same or different office locations.

**Multiple Buyers:** Broker (individually or through its associate licensees) may be working with many prospective buyers at the same time. These prospective buyers may have an interest in, and make offers on, the same properties. Some of these properties may be listed with Broker and some may not. Broker will not limit or restrict any particular buyer from making an offer on any particular property whether or not Broker represents other buyers interested in the same property.

**Multiple Sellers:** Broker (individually or through its associate licensees) may have listings on many properties at the same time. As a result, Broker will attempt to find buyers for each of those listed properties. Some listed properties may appeal to the same prospective buyers. Some properties may attract more prospective buyers than others. Some of these prospective buyers may be represented by Broker and some may not. Broker will market all listed properties to all prospective buyers whether or not Broker has another or other listed properties that may appeal to the same prospective buyers.

**Dual Agency:** If Seller is represented by Broker, Seller acknowledges that broker may represent prospective buyers of Seller's property and consents to Broker acting as a dual agent for both seller and buyer in that transaction. If Buyer is represented by Broker, buyer acknowledges that Broker may represent sellers of property that Buyer is interested in acquiring and consents to Broker acting as a dual agent for both buyer and seller with regard to that property.

In the event of dual agency, seller and buyer agree that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the buyer's or seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the seller's willingness to accept a price less than the listing price or the buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

**Offers not necessarily confidential:** Buyer is advised that seller or listing agent may disclose the existence, terms, or conditions of buyer's offer unless all parties and their agent have signed a written confidentiality agreement. Whether any such information is actually disclosed depends on many factors, such as current market conditions, the prevailing practice in the real estate community, the listing agent's marketing strategy and the instructions of the seller.

Buyer and seller understand that Broker may represent more than one buyer or more than one seller and even both buyer and seller on the same transaction and consents to such relationships.

**Seller and/or Buyer acknowledges reading and understanding this Possible Representation of More Than One Buyer or Seller - Disclosure and Consent and agrees to the agency possibilities disclosed.**

| Seller | _Sam S. Leslie ATF Lisa Frances Platt_ Date | 10-c8-19 |
|---|---|---|
| Seller | | Date |
| Buyer | | Date |
| Buyer | | Date |

| Buyer's Brokerage Firm | DRE Lic # | Date |
|---|---|---|
| By | DRE Lic # | Date |

| Seller's Brokerage Firm _Rodeo Realty, Inc. - Beverly Hills_ | DRE Lic # _00951359_ | Date _10/15/2019_ |
|---|---|---|
| By | DRE Lic # _00694610_ | Date |

_Zizi Pak / John Gould_

© 2018, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the California Association of REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**PRBS REVISED 12/18 (PAGE 1 OF 1)**



## POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER OR SELLER (PRBS PAGE 1 OF 1)

| Rodeo Realty - Beverly Hills, 202 N. Canon Dr. Beverly Hills CA 90210 | Phone: (310) 471-2600 | Fax: (310) 724-7131 | 205 Tigertail Rd. |
| Zizi Pak | Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com | | |

00040



**CALIFORNIA ASSOCIATION OF REALTORS®**

**WIRE FRAUD AND ELECTRONIC FUNDS TRANSFER ADVISORY**
(C.A.R. Form WFA, Revised 12/17)



Property Address: **_205 N Tigertail Rd, Los Angeles, CA  90049-2803_** _____ ("Property").

## WIRE FRAUD AND ELECTRONIC FUNDS TRANSFERS ADVISORY:

The ability to communicate and conduct business electronically is a convenience and reality in nearly all parts of our lives. At the same time, it has provided hackers and scammers new opportunities for their criminal activity. Many businesses have been victimized and the real estate business is no exception.

While wiring or electronically transferring funds is a welcome convenience, we all need to exercise extreme caution. Emails attempting to induce fraudulent wire transfers have been received and have appeared to be legitimate. Reports indicate that some hackers have been able to intercept emailed transfer instructions, obtain account information and, by altering some of the data, redirect the funds to a different account. It also appears that some hackers were able to provide false phone numbers for verifying the wiring or funds transfer instructions. In those cases, the victim called the number provided to confirm the instructions, and then unwittingly authorized a transfer to somewhere or someone other than the intended recipient.

## ACCORDINGLY, YOU ARE ADVISED:

1. **Obtain phone numbers and account numbers only from Escrow Officers, Property Managers, or Landlords at the beginning of the transaction.**
2. **DO NOT EVER WIRE OR ELECTRONICALLY TRANSFER FUNDS PRIOR TO CALLING TO CONFIRM THE TRANSFER INSTRUCTIONS. ONLY USE A PHONE NUMBER YOU WERE PROVIDED PREVIOUSLY. Do not use any different phone number or account number included in any emailed transfer instructions.**
3. **Orally confirm the transfer instruction is legitimate and confirm the bank routing number, account numbers and other codes before taking steps to transfer the funds.**
4. **Avoid sending personal information in emails or texts. Provide such information in person or over the telephone directly to the Escrow Officer, Property Manager, or Landlord.**
5. **Take steps to secure the system you are using with your email account. These steps include creating strong passwords, using secure WiFi, and not using free services.**

If you believe you have received questionable or suspicious wire or funds transfer instructions, immediately notify your bank, and the other party, and the Escrow Office, Landlord, or Property Manager. The sources below, as well as others, can also provide information:

Federal Bureau of Investigation: https://www.fbi.gov/; the FBI's IC3 at www.ic3.gov; or 310-477-6565

National White Collar Crime Center: http://www.nw3c.org/

On Guard Online: https://www.onguardonline.gov/

**NOTE: There are existing alternatives to electronic and wired fund transfers such as cashier's checks. By signing below, the undersigned acknowledge that each has read, understands and has received a copy of this Wire Fraud and Electronic Funds Transfer Advisory.**

Buyer/Tenant _____ Date _____

Buyer/Tenant _____ Date _____

Seller/Landlord _~~Bill Sci~~_____ **_Sam S. Leslie ATF Lisa Frances Platt_** Date _10·28·19_

Seller/Landlord _____ Date _____

©2016-2017, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**WFA REVISED 12/17 (PAGE 1 OF 1)**

**WIRE FRAUD AND ELECTRONIC FUNDS TRANSFER ADVISORY (WFA PAGE 1 OF 1)**

00041



## ADDENDUM TO PURCHASE AGREEMENT AND JOINT ESCROW INSTRUCTIONS

The following paragraphs are hereby incorporated in, and form a part of the Real Estate Purchase Agreement and Joint Escrow Instructions

Dated: _____ and concerning property at _____ **205 N Tigertail Rd, Los Angeles, CA  90049-2803** _____

**Broker Compensation:** "NOTICE": THE AMOUNT OR RATE OF REAL ESTATE COMMISSIONS IS NOT FIXED BY LAW; THEY ARE SET BY EACH BROKER INDIVIDUALLY AND MAY BE NEGOTIABLE BETWEEN THE BROKER AND BUYER.

Buyer, if represented by Rodeo Realty, agrees to pay a Buyer's Broker Commission to Rodeo Realty in the amount of $ _____ as compensation for services rendered. Buyer hereby irrevocably assigns and instructs escrow holder to pay Rodeo Realty the above mentioned amount upon the closing of escrow.

**Buyers Inspections:** Buyer is strongly advised by Rodeo Realty to engage qualified licensed professionals to conduct both physical and geological inspections on both the property and improvements. Buyer understands that there are often significant differences between inspectors who perform physical and geological inspections. Buyer assumes responsibility to determine their inspector's qualifications, licensing, insurance coverage, and scope of inspection prior to employing them. The selection of any inspector shall be at the sole discretion of the Buyer.

**Waiver of Professional Physical or Geological Inspection:** In the event Buyer elects not to hire qualified licensed professionals to conduct physical and/or geological inspections, Buyer is acting against the advice of Rodeo Realty and acknowledges that adverse physical and geological conditions may exist that are presently unknown, but that may have been identified by such inspections. In such event Buyer agrees to hold Broker harmless from any loss or damage suffered by Buyer for any geological or physical conditions or defects which may have been discovered had Buyer hired appropriate professionals.

**Brokers Inspection Disclosure:** Your Rodeo Realty agent, as required by law, will conduct a visual inspection of the reasonably accessible areas of the property. They will not go into the attic, on the roof, or under the home. Buyer and Seller acknowledge and agree that Brokers and their sales agents do not have the knowledge, tools, education, or expertise to identify or determine the seriousness of structural, geological, drainage, toxic/environmental hazards, plumbing, electrical, waste disposal, or roofing problems. They are not qualified to test appliances to determine if they are operating properly. Therefore, Buyer and Seller acknowledge and agree that Rodeo Realty, and its agents can not be held responsible for defects that are not visually observable in the reasonably accessible areas of the property.

**Waste Disposal System:** Buyer and Seller are aware that Broker makes no implied or express warranty as to the existence and/or condition of the waste disposal system for the subject property. Many types of inspections are available, including sending a camera down the sewer line, as well as septic and other inspections. Buyer is recommended to conduct these inspections. Buyer and Seller are further advised that the existence of a Sewer Permit does not guarantee that the property is connected to sewer. Buyer is advised to make own independent investigation as to the type and adequacy of the waste disposal system at subject property.

**Toxic Mold:** Buyer is advised to have an environmental inspection by a qualified professional to inspect the property for the existence of mold, funguses, spores, and airborne bacteria or any organisms or conditions that may lead to their formation during Buyer's contingency period. Buyer and Seller are advised that Brokers and sales agents are not trained to identify or locate mold, funguses, spores or airborne bacteria. The Brokers and sales agents have not made any representation, express or implied, as to the existence or non-existence of mold, funguses, spores, or airborne bacteria in or on the subject property.

**Defective Furnaces:** The U.S. Consumer Product Safety Commission (CPSC) has issued a warning regarding certain *gas-fired horizontal forced-air furnaces* that present a substantial risk of fire. These furnaces were manufactured from 1983 through 1994 by Consolidated Industries (formerly Premier Furnace Company) and were marketed under many different brand names. Homes built before 1983 or after 1994 could still have the furnaces in question due to replacements or remodeling. It is recommended to the Buyer and the Seller that this issue be investigated by a qualified professional to determine if the furnace in this property is defective or dangerous. Local gas companies will inspect furnaces at no charge, and if the furnace is one of the models in question; they will indicate that it should not be used. The gas company will not make specific recommendations. If the furnace falls within the category identified by the CPSC, a gas furnace professional should be retained to make a more specific determination.

**Rent Control:** Buyer is aware the subject property may be located in an area subject to rent control ordinance. Buyer's ability to increase rent, evict tenants, and other related matters may be restricted by said ordinance. Buyer may also be required to pay monetary relocation assistance to any tenants who are evicted by Buyer for any reason. This relocation assistance may amount to several thousand dollars based upon the category of tenant involved. Broker strongly recommend Buyer contact the local government entity responsible for administering the rent control ordinance, to determine the effect of the local ordinance on subject property.

Buyer and Seller acknowledge receipt of copy of this page, which constitutes Page 1 of 2 Pages.

Buyer's Initials ( _____ ) ( _____ ) Seller's Initials ( _____ ) ( _____ ) Broker's Initials ( _____ ) Broker's Initials ( _____ )

1 of 2

rev. 9/14

Rodeo Realty - Beverly Hills, 202 N. Canon Dr. Beverly Hills CA 90210                          Phone: (310) 471-2600      Fax: (310) 724-7131      205 Tigertail Rd.
Zizi Pak                                                 Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

00042

Property Address: _____ **205 N Tigertail Rd, Los Angeles, CA 90049-2803** _____ Date: _____

**Information From Lender:** Listing agent is authorized to contact Buyer's lender directly regarding progress of loan application. Selling agent will provide listing agent with name and telephone number of lender.

**Report of Residential Property Records and Pending Special Assessment Liens:** If the subject property is residential and located in the City of Los Angeles, Seller shall pay for and deliver to Buyer, prior to close of escrow, a "Report of Residential Property Records and Pending Special Assessment Liens" in accordance with Los Angeles City Ordinance No. 144.942. Home Protection/Warranty Plans: Buyer and Seller acknowledge that although Brokers may provide names and supply literature on the availability of home protection plans, the selection of any individual plan is at the sole discretion of the Buyer and Seller. Buyer and Seller are advised to make their own investigation as to the exact coverage and what limitations and exclusions individual policies contain.

**Impact Hazard Glazing/Smoke Detectors/Water Heater Strapping/Water Saving Devices/Earthquake Gas Shut Off Valve:** If the subject property is located in the City of Los Angeles, Seller agrees to comply with: Section 91.2406.7 L.A.M.C. requiring ALL external sliding glass doors to be impact hazard glazing (tempered glass); Smoke Detector Section 91.8603 L.A.M.C, as applicable; water conservation devices in compliance with City Ordinance No. 172075; install approved hot water heater strapping and install earthquake shut off valve on the gas meter as per City Ordinance No. 171874 prior to the close of escrow. Seller is advised to use a licensed retrofit company, and/or obtain all required permits.

**Future Development:** Buyer is aware that there are hundreds of development projects, both public and private, that may be under way or proposed. Broker strongly advises Buyer to make their own independent investigation and consult appropriate governmental agencies to determine possible future development and planning which may affect the subject property. Broker and its agents are to be held harmless regarding future development and planning.

**Megan's Law Disclosure:** Buyer is aware that information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov.

**Related Services:** Buyer and Seller acknowledge that although Broker may suggest firms dealing with related services such as escrow, title insurance, pest control, physical and geological inspections, home protection plan, etc., the selection shall be at the sole discretion of the Buyer and Seller. Broker assumes no responsibility for performance of those firms suggested. The Broker or its sales agents herein may refer the Buyer to a lending institution to obtain loans as required to complete this transaction. In connection with any such referral, Broker may or may not receive a commission. It is mutually agreed and understood that Buyer has made their own independent investigation of available financing and is in no way relying on the recommendation of Broker in regards to the financing they ultimately accept and, in fact, is free to obtain financing through any source unless contractually stipulated to the contrary between Buyer and Seller.

**Buyer's Subsequent Purchase:** In the event this transaction is not concluded and within twelve (12) months following the date of this offer, should Buyer or any related person, acting directly or indirectly, acquire the property or any interest in the property from Seller, Seller agrees to pay commission as set forth in Seller's listing agreement or, if there is no listing agreement, as specified in the original purchase agreement between Seller and Buyer. For purposes of this agreement, "related person" includes any person related by blood, marriage, or business relationship, and any entity that controls or is controlled by Buyer or any related person excluding the Brokers herein.

**Permits:** Broker recommends that Buyer obtain all permits and certificates of occupancy to the property from government agencies and present copies to Buyers' inspectors so that they can interpret them for the Buyer. Buyer acknowledges that Brokers and their sales agents are not contractors and are not qualified to interpret permits and certificates of occupancy.

**Square Footage & Lot Size:** Rodeo Realty, nor its agents have verified lot size and square footage. Broker has not verified the accuracy of the tax assessor's information, and advises Buyer to make their own independent investigation of same. Buyer agrees to hold Broker and its agents harmless in regard to lot size and square footage.

Buyer: _____ Date: _____   Seller: _____ Date: _10-28-19_
                                          _Sam S. Leslie ATF Lisa Frances Platt_

Buyer: _____ Date: _____   Seller: _____ Date: _____

Broker: _____   Broker: **Rodeo Realty, Inc. - Beverly Hills**

By: _____   By: **Zizi Pak / John Gould**

## RODEO REALTY ADDENDUM TO PURCHASE AGREEMENT

2 of 2                                                          rev. 9/14

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com     205 Tigertail Rd.

00043

**RODEO REALTY**
LOCAL EXPERTISE. GLOBAL PRESENCE

## AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE STATEMENT

Date: _____

To: _____, Buyer and *Sam S. Leslie ATF Lisa Frances Platt* _____ Seller

From: Rodeo Realty, Inc. for the property located at: *205 N Tigertail Rd, Los Angeles, CA  90049-2803*

This is to give you notice that RODEO REALTY, INC. has a business relationship with each of the following businesses: 1) ENCORE ESCROW COMPANY, INC.; 2) L.A. MORTGAGE, INC.; and, 3) PROGRESSIVE HOLDING COMPANY, INC. which owns PROGRESSIVE TITLE COMPANY, INC. Specifically, the owners of RODEO REALTY, INC. own 100% of ENCORE ESCROW COMPANY, INC.; 100% of L.A. MORTGAGE, INC.; and, 24% of PROGRESSIVE HOLDING COMPANY, INC. which owns PROGRESSIVE TITLE COMPANY, INC. Because of these relationships, this referral may provide the owners of RODEO REALTY, INC. a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use the listed provider(s) as a condition for your purchase of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

A. ESCROW SERVICES: ENCORE ESCROW COMPANY, INC. is a provider of escrow services. It's estimated charges or range of charges for the escrow services listed are as follows:

| Settlement Services: | Ranges of Estimated Charges: | Settlement Services: | Ranges of Estimated Charges: |
|---|---|---|---|
| Escrow Base Fee | $2.00 per $1,000 + $200 base up to 2 Million | Document Preparation/ | Document Fee $50 to $500 For Grant Deed |
| Buyer and Seller | $1.75 per $1,000 + $200 base over 2 Million | Processing Fee | |
| | $1.50 per $1,000 + $200 base over 3 Million | | |
| | $1.25 per $1,000 + $200 base over 4 Million | Refinance Escrow Base Fee | $750 flat rate (includes payoff and one new |
| | $1.00 per $1,000 + $200 base over 5 Million | | loan up to $1.5 Million) $1,200 for any refi |
| | Over 7 Million call for a quote | | over $1.5 Million |

B. MORTGAGE BROKERAGE SERVICES: L.A. MORTGAGE, INC. is a provider of mortgage brokerage services. The following are estimated charges or range of charges for the mortgage brokerage services listed:

| Settlement Services: | Ranges of Estimated Charges: | Settlement Services: | Ranges of Estimated Charges: |
|---|---|---|---|
| Loan Origination Fee | 0% to 2.5% (of the loan amount) | Appraisal Fee | $495.00 to $1,500.00 (depending on property value) paid directly to third party |
| Admin / Underwriting Fee | $995.00 to $1,200.00 | Tax Service/Flood Cert Fee | $65.00 to $150.00 |

C. TITLE INSURANCE SERVICES: PROGRESSIVE TITLE COMPANY, INC. is a provider of title insurance services. The following are estimated charges or range of charges for the settlement services listed:

| Settlement Service | Owner's or Lender's Policy | | Lender's Policy Simultaneously Issued With Owner's Policy | |
|---|---|---|---|---|
| | | Charge or Range of Charges | | Charge or Range of Charges |
| Progressive Title Company, Inc. provides | $250,000 home | $709 - 1188 | $250,000 home | $455 - 485 |
| searches of public records that bring to | $500,000 home | $1058 - 1808 | $500,000 home | $635 - 738 |
| your attention any known problems with | $750,000 home | $1358 - 2263 | $750,000 home | $795 - 924 |
| the property's title before closing, and | $1,000,000 home | $1658 - 2752 | $1,000,000 home | $950 - 1123 |
| provides the title policy that insures | $1,500,000 home | $2108 - 3408 | $1,500,000 home | $1190 - 1391 |
| against loss due to certain title defects. | | | | |

*For higher amounts of coverage please consult with a Progressive Title Company, Inc. employee.*

## ACKNOWLEDGMENT

I/We have read this disclosure form and understand that RODEO REALTY, INC. is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

Buyer Signature: _____   Seller Signature: _____

Print Name: _____ Date: _____   Print Name: *Sam S. Leslie ATF Lisa Frances Platt* Date: *10/18/2019*

Buyer Signature: _____   Seller Signature: _____

Print Name: _____ Date: _____   Print Name: _____ Date: _____

RODEO REALTY AFFILIATED BUSINESS
1 of 1

Rodeo Realty - Beverly Hills, 202 N. Canon Dr. Beverly Hills CA 90210                 Phone: (310) 471-2600          Fax: (310) 724-7131          205 Tigertail Rd.
Ziri Pak                          Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

00044

### RODEO REALTY
*Fine Estates®*

# TOXIC MOLD DISCLOSURE

**Property Address:** _____ ***205 N Tigertail Rd, Los Angeles, CA  90049-2803*** _____

Buyer is advised that the presence of certain kinds of molds, funguses, spores, airborne bacteria, and other organisms may adversely affect the property and health of individuals. Toxic mold is often the result of moisture invasion or water leakage inside the home.

Buyer has received the "Environmental Hazards: A Guide for Homeowners, Buyers, Landlords and Tenants" which includes the Federal Lead Booklet and Chapter IV, the "Mold" chapter.

Buyer is advised to carefully read the "Mold" chapter, as well as the other chapters, in the above described booklet.

**Buyer is advised to have an environmental inspection by a qualified professional to inspect the property for the existence of mold, funguses, spores, and airborne bacteria or any organisms or conditions that may lead to their formation, during Buyer's contingency period.**

Buyer and Seller are advised that Real Estate Brokers and Agents are not trained to identify or locate mold, funguses, spores or airborne bacteria. The Real Estate Brokers and Agents have not made any representation, express or implied, as to the existence or non-existence of mold, funguses, spores, or airborne bacteria in or on the subject property.

**Seller has been advised that Seller's knowledge of any mold or other organism known to Seller must be disclosed to Buyer. Seller should also disclose any knowledge of any water leakage or moisture invasion into the home.**

Buyer: _____ Date: _____ Seller: _____ Date: **10/18/2019**

*Sam S. Leslie ATF Lisa Frances Platt*

Buyer: _____ Date: _____ Seller: _____ Date: _____

Broker: _____ Broker: ***Rodeo Realty, Inc. - Beverly Hills***

By: _____ By: ***Zizi Pak / John Gould***

Revised 1-2007

Rodeo Realty - Beverly Hills, 202 N. Canon Dr. Beverly Hills CA 90210          Phone: (310) 471-2600     Fax: (310) 724-7131          205 Tigertail Rd.
Zizi Pak                                         Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

00045



**CALIFORNIA
ASSOCIATION
OF REALTORS®**

**MARKET CONDITIONS ADVISORY**
(C.A.R. Form MCA, Revised 11/11)

RODEO
REALTY
*The Estates*

**1. MARKET CONDITIONS:** Real estate markets are cyclical and can change over time. It is impossible to predict future market conditions with accuracy. In a competitive or "hot" real estate market, there are generally more Buyers than Sellers. This will often lead to multiple buyers competing for the same property. As a result, in order to make their offers more attractive, some Buyers may offer more than originally planned or eliminate certain contingencies in their offers. In a less competitive or "cool" market there are generally more Sellers than Buyers, often causing real estate prices to level off or drop, sometimes precipitously. The sales price of homes being sold as foreclosures and short sales is difficult to anticipate and can affect the value of other homes in the area. Brokers, appraisers, Sellers and Buyers take these "distressed" property sales and listings into consideration when valuing property. In light of the real estate market's cyclical nature it is important that Buyers understand the potential for little or no appreciation in value, or an actual loss in value, of the property they purchase. This Advisory discusses some of the potential risks inherent in changing market conditions.

**2. BUYER CONSIDERATIONS:**

   **A. OFFERING PRICE:** AS A BUYER, YOU ARE RESPONSIBLE FOR DETERMINING THE PRICE YOU WANT TO OFFER FOR A PROPERTY. Although Brokers may provide you with comparable sales data, generally from information published in the local multiple listing service, you should know that the reporting of this data is often delayed and prices may change, up or down, faster than reported sales indicate. All buyers should be sure they are comfortable with the price they are offering or the price they are accepting in a counter offer. You should be aware of and think about the following: **(i)** If your offer is accepted, the property's value may not increase and may even decrease. **(ii)** If your offer is accepted, you may have "Buyer's remorse" that you paid too much. **(iii)** If your offer is rejected there can be no guarantee that you will find a similar property at the same price. **(iv)** If your offer is rejected, you may not be satisfied that the amount you offered was right for you. Only you can determine that your offer was reasonable and prudent in light of the property and your circumstances.

   **B. NON-CONTINGENT OFFERS:** Most residential purchase agreements contain contingencies allowing a Buyer within a specified period of time to cancel a purchase if: **(i)** the Buyer cannot obtain a loan; **(ii)** is dissatisfied with the property's condition after an inspection; or **(iii)** if the property does not appraise at a certain value. To make their offers more attractive, Buyers will sometimes write offers with few or no contingencies or offer to remove contingencies within a short period of time. In a "hot" market, sellers will sometimes insist that Buyers write offers with no contingencies. Broker recommends that Buyers do not write non-contingent offers and if you do so, you are acting against Broker's advice. However, if you do write a non-contingent offer these are some of the contractual rights you may be giving up:

     **(1) LOAN CONTINGENCY:** If you give up your loan contingency, and you cannot obtain a loan, whether through your fault or the fault of your lender, and as a result, you do not or cannot purchase the property, you may legally be in default under the contract and required to pay damages or forfeit your deposit to the seller.

     **(2) APPRAISAL CONTINGENCY:** If your lender's (or your own) appraiser does not believe the property is worth what you have agreed to pay for it, your lender may not loan the full amount needed for the purchase or may not loan any amount at all because of a low appraisal. As a result, if you do not purchase the property, and you have removed your appraisal contingency, you may legally be in default under the contract and could be required to pay damages to, or forfeit your deposit to, the Seller. The Seller is not obligated to reduce the purchase price to match the appraised value.

Buyer's Initials ( _____ ) ( _____ )          Seller's Initials ( _____ )( _____ )

© 2008-2011, California Association of REALTORS®, Inc.

**MCA REVISED 11/11 (PAGE 1 OF 2)**

EQUAL HOUSING
OPPORTUNITY

**MARKET CONDITIONS ADVISORY (MCA PAGE 1 OF 2)**

| Rodeo Realty - Beverly Hills, 202 N. Canon Dr. Beverly Hills CA 90210 | Phone: (310) 471-2600 | Fax: (310) 724-7131 | 205 Tigertail Rd. |
| Zizi Pak | Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com | | |

Property Address: **205 N Tigertail Rd, Los Angeles, CA  90049-2803** _____ Date: **October 18, 2019**

**(3)** INSPECTION CONTINGENCY: If you disapprove of the condition of the property and as a result, you do not purchase the property, you may legally be in default under the contract and required to pay damages to, or forfeit your deposit to, the Seller if you have removed your inspection contingency. However, even if you make an offer without an inspection contingency or you remove that contingency, the Seller may still be obligated to disclose to you material facts about the property. In some cases, once you receive that information the law gives you an independent right to cancel for a limited period of time.

There is inherent risk in writing a non-contingent offer. Only you, after careful consultation and deliberation with your attorney, accountant, or financial advisor can decide how much risk you are willing to take. IT IS YOUR DECISION ALONE AND CANNOT BE MADE BY YOUR BROKER OR REAL ESTATE AGENT.

**C. BROKER RECOMMENDATIONS.** Broker recommends that you do not write a non-contingent offer, even if you are planning on paying all cash for the property. If you intend to write a non-contingent offer, Broker recommends that, prior to writing the offer, you: **(i)** review all available Seller reports, disclosures, information and documents; **(ii)** have an appropriate professional inspect the property (even if it is being sold "as is" in its present condition); and **(iii)** carefully assess your financial position and risk with your attorney, accountant or financial advisor.

**D. MULTIPLE OFFERS:** At times Buyers may write offers on more than one property even though the Buyer intends to purchase only one. This may occur in a short sale when the approval process can take a considerable amount of time. While it is not illegal to make offers on multiple properties with intent to purchase only one, the Buyer can be obligated to many Sellers if more than one accepts the Buyer's offers. If the Buyer has not disclosed that the Buyer is writing multiple offers with the intent to purchase only one and the Buyer subsequently cancels without using a contingency, the Seller may claim the Buyer is in breach of contract because the Buyer fraudulently induced the Seller to enter into a contract.

**3. SELLER CONSIDERATIONS:**

As a Seller, you are responsible for determining the asking price for your property. Although Brokers may provide you with comparable sales data, generally from information published in the local multiple listing service, you should know that the reporting of this data is often delayed and prices may change, up or down, faster than reported sales indicate. All Sellers should be sure they are comfortable with the asking price they are setting and the price they are accepting. There is not, and cannot be, any guarantee that the price you decide to ask for your property, or the price at which you agree to sell your property is the highest available price obtainable for the property. It is solely your decision as to how much to ask for your property and at which price to sell your property.

Buyer/Seller acknowledges each has read, understands and has received a copy of this Market Conditions Advisory.

Buyer _____   Date _____

Buyer _____   Date _____

Seller  _CalSc/_____   Date __10-29-19_____
**Sam S. Leslie ATF Lisa Frances Platt**

Seller _____   Date _____

© 2008-2011, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.



Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the California Association of REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**MCA 11/11 (PAGE 2 OF 2)**



**MARKET CONDITIONS ADVISORY (MCA PAGE 2 OF 2)**
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com                205 Tigertail Rd.

**00047**

**EXHIBIT F**

CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Proposed General Bankruptcy Counsel
for Sam S. Leslie, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:18-bk-21394-BB |
| | )      [Chapter 7] |
| LISA FRANCES PLATT, | ) |
| | ) NOTICE OF TRUSTEE'S APPLICATION |
|         Debtor. | ) TO EMPLOY REAL ESTATE BROKER |
| | ) FOR THE ESTATE'S REAL PROPERTY |
| | ) [205 North Tigertail Road, Los |
| | ) Angeles, California 90049] |
| | ) |
| | ) [No Hearing Unless Requested; |
| _____ | ) Local Bankruptcy Rule 2014-1] |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE,

THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER

PARTIES IN INTEREST:

     PLEASE TAKE NOTICE that Sam S. Leslie, Chapter 7 Trustee

("Trustee") in the above-captioned case, has filed an Application

seeking authority to employ Rodeo Realty through its agents John

P. Gould and Zizi Pak, 202 North Canon Drive, Beverly Hills,

California 90210; Telephone (310) 488-4900 (collectively,

"Broker"), for the express purpose of marketing the estate's

interest in the Debtors' real property commonly described as

205 North Tigertail Road, Los Angeles, California 90049;

Assessor's Parcel No. 4403-011-006 (the "Property").

1    The Application provides for a broker's commission of five

2    percent (5%) to be split between Broker and any buyer's broker.

3    A copy of the Trustee's Application can be obtained from:

4            Sam S. Leslie, CPA
         Chapter 7 Trustee
5        3435 Wilshire Blvd.
         Suite 990
6        Los Angeles, CA 90010

7    PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy

8    Rule ("LBR") 9013-1(o), the deadline to file and serve a written

9    response and request for a hearing is fourteen (14) days after

10   the date of service of the notice of motion, plus three (3)

11   additional days if served by mail, or pursuant to F.R.Civ.P.

12   5(b)(2)(D) or (F).  Any opposition or response must be filed

13   with the United States Bankruptcy Court (255 East Temple Street,

14   Room 100 (on the Terrace Level of the Edward R. Roybal Federal

15   Building and U.S. Courthouse), Los Angeles, CA 90012), and served

16   upon (i) counsel at the address in the upper left hand corner of

17   the first page of this Notice and (ii) the Office of the United

18   States Trustee, Attn: Jill Sturtevant, 915 Wilshire Blvd., Suite

19   1850, Los Angeles, CA 90017.

20   PLEASE TAKE FURTHER NOTICE that pursuant to LBR 9013-1(h)

21   any objection not timely filed and served may be deemed by the

22   Court to be consent to the relief requested and may result in the

23   Court's issuance of an order without further notice or hearing.

24

25   Dated: October 29, 2019

26                          _____
                         Carolyn A. Dye, Proposed Counsel
27                       for Sam S. Leslie, Chapter 7
                         Trustee

28   Service Date: October 29, 2019

                              -2-

00050

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Notice of Trustee's Application to Employ Real Estate Broker for the Estate's Real Property [205 North Tigertail Road, Los Angeles, California 90049] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Paul M. Brent | snb300@aol.com |
| Carolyn A Dye | trustee@cadye.com |
| James R. Felton | jfelton@gblawllp.com, mtyndall@gblawllp.com |
| Todd S. Garan | ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Lewis R. Landau | Lew@Landaunet.com |
| Kenneth G. Lau | kenneth.g.lau@usdoj.gov |
| Sam S. Leslie (TR) | sleslie@trusteeleslie.com, sleslie@ecf.axosfs.com;trustee@trusteeleslie.com |
| Randall P. Mroczynski | randym@cookseylaw.com |
| Douglas M. Neistat | dneistat@gblawllp.com, mramos@gblawllp.com |
| Valerie Smith | claims@recoverycorp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Alan I. White | aiwhitelaw@gmail.com |

☐      Service information continued on attached page

**2.     SERVED BY UNITED STATES MAIL:** On October 29, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

■      Service information on attached page

**3.     SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2019, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 29, 2019

Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1. PROOF OF SERVICE**

00051

Label Matrix for local noticing
0973-2
Case 2:18-bk-21394-BB
Central District of California
Los Angeles
Tue Oct 29 09:36:18 PDT 2019

Beverly Loan Company
c/o P Brent
Steinberg Nutter & Brent
23801 Calabasas Road
# 2031
Calabasas, CA 91302-3316

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

HSBC Bank USA, National Association as Trust
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
P.O. Box 17933
San Diego, CA 92177-7921

LEA Accountancy, LLP
3435 Wilshire Boulevard
Suite 990
Los Angeles, CA 90010-1998

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Beverly Loan Company
9440 Santa Monica Blvd
Suite 301
Beverly Hills, CA 90210-4614

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

CareRelate Inc
Ronald Shinkman
9621 Woodley Ave
North Hills CA 91343-1903

Department of Water and Power
City of Los Angeles
Attn Bankruptcy
P.O Box 5111
Los Angeles CA 90055-0111

Douglas M. Neistat
Greenberg & Bass
16000 Ventura Boulevard
Suite 1000
Encino, CA 91436-2762

Eldercare Financial Services
PO BOX 206536
Dallas, TX 75320-6536

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

HSBC Bank USA, National Association
Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261-9096

Hunt & Henriques
Portfolio Recovery Associates, LLC
151 Bernal Road
Suite 8
San Jose, CA 95119-1306

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Joanna Stingray
c/o Coldwell Banker
166 N Canon Dr
Beverly Hills, CA 90210-5304

LADWP
PO Box 30808
Los Angeles, CA 90030-0808

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lisa Frances Platt
205 N. Tigertail Road
Los Angeles, CA 90049-2803

Luxury Asset Capital LLC
DBA Pawngo
4100 E Mississippi Ave
Suite 1850
Denver, CO 80246-3066

Marquee Funding Group
24025 Park Sorrento
Suite 150
Calabasas, CA 91302-4004

Med-Net Billing, Inc
122 Sheldon Street
El Segundo, CA 90245-3915

Mr. Cooper Mortgage Company
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

NCB Management Services, Inc.
PO Box 1099
Langhorne, PA 19047-6099

Nationwide Credit, Inc
P.O. Box 14581
Des Moines, IA 50306-3581

Platinum Loan Servicing, Inc
S.B.S. Trust Deed Network
31194 La Baya Dr
#106
Thousand Oaks, CA 91362-6426

Progressive Management Systems
1521 West Cameron Avenue
West Covina, CA 91790-2738

Radius Global Solutions LLC
PO BOX 390905
Minneapolis, MN 55439-0905

S & R Income Fund 1, LLC
S.B.S. Trust Deed Network
31194 La Baya Dr
#106
Thousand Oaks, CA 91362-6426

S.B.S. Trust Deed Network
31194 La Baya Drive, #106
Thousand Oaks, CA 91362-6426

SRA Associates LLC
401 Minnetonka Rd
Somerdale, NJ 08083-2914

Sequoia Financial Services
28632 Roadside Drive
Suite 110
Agoura Hills, CA 91301-6074


United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wagner, Falconer & Judd, Ltd
325 North Corporate Drive
Suite 100
Brookfield, WI 53045-5828

Wayne Platt
205 N Tigertail Road
Los Angeles, CA 90049-2803


Douglas M Neistat
G&B LAW, LLP
16000 Ventura Blvd.
Suite 1000
Encino, CA 91436-2762

James R Felton
16000 Ventura Blvd Ste 1000
Encino, CA 91436-2762

Sam S Leslie (TR)
3435 Wilshire Blvd., Suite 990
Los Angeles, CA 90010-1998


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


LOS ANGELES COUNTY TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

(u)Elderlife Financial
4299 MacArthur, Ste 212
Newport Beach

(u)Hurwitz James Company


(u)LEA Accountancy, LLP, as Accountant

(u)Law Office of Carolyn A. Dye

(u)Platinum Loan Servicing, Inc.


(d)Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

(d)Lisa Frances Platt
205 N. Tigertail Road
Los Angeles, CA 90049-2803

End of Label Matrix
Mailable recipients      38
Bypassed recipients       8
Total                    46

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Trustee's Application to Employ Real Estate Broker for the Estate's Real Property [205 North Tigertail Road, Los Angeles, California 90049] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Paul M. Brent | snb300@aol.com |
| Carolyn A Dye | trustee@cadye.com |
| James R. Felton | jfelton@gblawllp.com, mtyndall@gblawllp.com |
| Todd S. Garan | ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Lewis R. Landau | Lew@Landaunet.com |
| Kenneth G. Lau | kenneth.g.lau@usdoj.gov |
| Sam S. Leslie (TR) | sleslie@trusteeleslie.com, sleslie@ecf.axosfs.com;trustee@trusteeleslie.com |
| Randall P. Mroczynski | randym@cookseylaw.com |
| Douglas M. Neistat | dneistat@gblawllp.com, mramos@gblawllp.com |
| Valerie Smith | claims@recoverycorp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Alan I. White | aiwhitelaw@gmail.com |

☐      Service information continued on attached page

**2.      SERVED BY UNITED STATES MAIL:** On October 29, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lisa Frances Platt
205 N. Tigertail Road
Los Angeles, CA 90049-2803

☐      Service information continued on attached page

**3.      SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2019, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 29, 2019

Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.