CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Proposed General Bankruptcy Counsel
for Sam S. Leslie, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

LISA FRANCES PLATT,

           Debtor.

) Case No. 2:18-bk-21394-BB
)    [Chapter 7]
)
) NOTICE OF TRUSTEE'S APPLICATION
) TO EMPLOY REAL ESTATE BROKER
) FOR THE ESTATE'S REAL PROPERTY
) [205 North Tigertail Road, Los
) Angeles, California 90049]
)
) [No Hearing Unless Requested;
) Local Bankruptcy Rule 2014-1]

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that Sam S. Leslie, Chapter 7 Trustee ("Trustee") in the above-captioned case, has filed an Application seeking authority to employ Rodeo Realty through its agents John P. Gould and Zizi Pak, 202 North Canon Drive, Beverly Hills, California 90210; Telephone (310) 488-4900 (collectively, "Broker"), for the express purpose of marketing the estate's interest in the Debtors' real property commonly described as 205 North Tigertail Road, Los Angeles, California 90049; Assessor's Parcel No. 4403-011-006 (the "Property").

00001

The Application provides for a broker's commission of five percent (5%) to be split between Broker and any buyer's broker.

A copy of the Trustee's Application can be obtained from:

> Sam S. Leslie, CPA
> Chapter 7 Trustee
> 3435 Wilshire Blvd.
> Suite 990
> Los Angeles, CA 90010

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule ("LBR") 9013-1(o), the deadline to file and serve a written response and request for a hearing is fourteen (14) days after the date of service of the notice of motion, plus three (3) additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). Any opposition or response must be filed with the United States Bankruptcy Court (255 East Temple Street, Room 100 (on the Terrace Level of the Edward R. Roybal Federal Building and U.S. Courthouse), Los Angeles, CA 90012), and served upon (i) counsel at the address in the upper left hand corner of the first page of this Notice and (ii) the Office of the United States Trustee, Attn: Jill Sturtevant, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017.

PLEASE TAKE FURTHER NOTICE that pursuant to LBR 9013-1(h) any objection not timely filed and served may be deemed by the Court to be consent to the relief requested and may result in the Court's issuance of an order without further notice or hearing.

Dated: October 29, 2019

_____
Carolyn A. Dye, Proposed Counsel for Sam S. Leslie, Chapter 7 Trustee

Service Date: October 29, 2019

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Notice of Trustee's Application to Employ Real Estate Broker for the Estate's Real Property [205 North Tigertail Road, Los Angeles, California 90049] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Paul M. Brent | snb300@aol.com |
| Carolyn A Dye | trustee@cadye.com |
| James R. Felton | jfelton@gblawllp.com, mtyndall@gblawllp.com |
| Todd S. Garan | ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Lewis R. Landau | Lew@Landaunet.com |
| Kenneth G. Lau | kenneth.g.lau@usdoj.gov |
| Sam S. Leslie (TR) | sleslie@trusteeleslie.com, sleslie@ecf.axosfs.com;trustee@trusteeleslie.com |
| Randall P. Mroczynski | randym@cookseylaw.com |
| Douglas M. Neistat | dneistat@gblawllp.com, mramos@gblawllp.com |
| Valerie Smith | claims@recoverycorp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Alan I. White | aiwhitelaw@gmail.com |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On October 29, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2019, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 29, 2019

Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1. PROOF OF SERVICE

00003

```
Label Matrix for local noticing          Beverly Loan Company                    Daimler Trust
0973-2                                   c/o P Brent                             c/o BK Servicing, LLC
Case 2:18-bk-21394-BB                    Steinberg Nutter & Brent                PO Box 131265
Central District of California           23801 Calabasas Road                    Roseville, MN 55113-0011
Los Angeles                              # 2031
Tue Oct 29 09:36:18 PDT 2019             Calabasas, CA 91302-3316

HSBC Bank USA, National Association as Trust    LEA Accountancy, LLP             Los Angeles Division
Aldridge Pite, LLP                              3435 Wilshire Boulevard          255 East Temple Street,
4375 Jutland Drive, Suite 200                   Suite 990                        Los Angeles, CA 90012-3332
P.O. Box 17933                                  Los Angeles, CA 90010-1998
P.O. Box 17933
San Diego, CA 92177-7921

Beverly Loan Company                     Bureaus Investment Group Portfolio No 15 LLC    CareRelate Inc
9440 Santa Monica Blvd                   c/o PRA Receivables Management, LLC             Ronald Shinkman
Suite 301                                PO Box 41021                                    9621 Woodley Ave
Beverly Hills, CA 90210-4614             Norfolk VA 23541-1021                           North Hills CA 91343-1903


Department of Water and Power            Douglas M. Neistat                      Eldercare Financial Services
City of Los Angeles                      Greenberg & Bass                        PO BOX 206536
Attn Bankruptcy                          16000 Ventura Boulevard                 Dallas, TX 75320-6536
P.O Box 5111                             Suite 1000
Los Angeles CA 90055-0111                Encino, CA 91436-2762


Franchise Tax Board                      HSBC Bank USA, National Association     Hunt & Henriques
Attn: Bankruptcy                         Nationstar Mortgage LLC d/b/a Mr. Cooper    Portfolio Recovery Associates, LLC
P.O. Box 2952                            Attn: Bankruptcy Dept.                  151 Bernal Road
Sacramento, CA 95812-2952                PO Box 619096                           Suite 8
                                         Dallas, TX 75261-9096                   San Jose, CA 95119-1306


Internal Revenue Service                 Joanna Stingray                         LADWP
Centralized Insolvency Operations        c/o Coldwell Banker                     PO Box 30808
P.O. Box 7346                            166 N Canon Dr                          Los Angeles, CA 90030-0808
Philadelphia, PA 19101-7346              Beverly Hills, CA 90210-5304


(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE    Lisa Frances Platt              Luxury Asset Capital LLC
ATTN BANKRUPTCY UNIT                             205 N. Tigertail Road           DBA Pawngo
PO BOX 54110                                     Los Angeles, CA 90049-2803      4100 E Mississippi Ave
LOS ANGELES CA 90054-0110                                                        Suite 1850
                                                                                 Denver, CO 80246-3066


Marquee Funding Group                    Med-Net Billing, Inc                    Mr. Cooper Mortgage Company
24025 Park Sorrento                      122 Sheldon Street                      8950 Cypress Waters Blvd.
Suite 150                                El Segundo, CA 90245-3915               Coppell, TX 75019-4620
Calabasas, CA 91302-4004


NCB Management Services, Inc.            Nationwide Credit, Inc                  Platinum Loan Servicing, Inc
PO Box 1099                              P.O. Box 14581                          S.B.S. Trust Deed Network
Langhorne, PA 19047-6099                 Des Moines, IA 50306-3581               31194 La Baya Dr
                                                                                 #106
                                                                                 Thousand Oaks, CA 91362-6426


Progressive Management Systems           Radius Global Solutions LLC             S & R Income Fund 1, LLC
1521 West Cameron Avenue                 PO BOX 390905                           S.B.S. Trust Deed Network
West Covina, CA 91790-2738               Minneapolis, MN 55439-0905              31194 La Baya Dr
                                                                                 #106
                                                                                 Thousand Oaks, CA 91362-6426
```

| | | |
|---|---|---|
| S.B.S. Trust Deed Network<br>31194 La Baya Drive, #106<br>Thousand Oaks, CA 91362-6426 | SRA Associates LLC<br>401 Minnetonka Rd<br>Somerdale, NJ 08083-2914 | Sequoia Financial Services<br>28632 Roadside Drive<br>Suite 110<br>Agoura Hills, CA 91301-6074 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Wagner, Falconer & Judd, Ltd<br>325 North Corporate Drive<br>Suite 100<br>Brookfield, WI 53045-5828 | Wayne Platt<br>205 N Tigertail Road<br>Los Angeles, CA 90049-2803 |
| Douglas M Neistat<br>G&B LAW, LLP<br>16000 Ventura Blvd.<br>Suite 1000<br>Encino, CA 91436-2762 | James R Felton<br>16000 Ventura Blvd Ste 1000<br>Encino, CA 91436-2762 | Sam S Leslie (TR)<br>3435 Wilshire Blvd., Suite 990<br>Los Angeles, CA 90010-1998 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

LOS ANGELES COUNTY TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Elderlife Financial<br>4299 MacArthur, Ste 212<br>Newport Beach | (u)Hurwitz James Company |
| (u)LEA Accountancy, LLP, as Accountant | (u)Law Office of Carolyn A. Dye | (u)Platinum Loan Servicing, Inc. |
| (d)Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (d)Lisa Frances Platt<br>205 N. Tigertail Road<br>Los Angeles, CA 90049-2803 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients    8<br>Total                  46 |