CRAIG G. MARGULIES (SBN 185925)
ANNA LANDA (SBN 276607)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Craig@MarguliesFaithLaw.com
Email: Anna@MarguliesFaithLaw.com

Attorneys for Debtor, Lisa Frances Platt

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LISA FRANCES PLATT,<br><br>Debtor. | Case No.: 2:18-bk-21394-BB<br><br>Chapter: 7<br><br>**DECLARATION OF TOMER FIROUZMAN IN SUPPORT OF THE OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 [DKT. NO. 204]**<br><br><u>Hearing</u>:<br>Date: December 17, 2019<br>Time: 10:00 a.m.<br>Location: U.S. Bankruptcy Court<br>          Courtroom 1539<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

# SUPPLEMENTAL DECLARATION OF TOMER FIROUZMAN

I, Tomer Firouzman, hereby declare as follows:

1. I am an individual residing in the State of California and am the President and Founder of Elite Equity, the real estate brokerage firm retained by the Debtor, Lisa Frances Platt (the "Debtor") in the above-captioned chapter 7 case and her spouse Wayne H. Platt (collectively the "Borrowers"). If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein.

2. I make this Supplemental Declaration in support of the *Opposition to the Motion for Relief from Automatic Stay Under 11 U.S.C. § 362 (Real Property) [Dkt. No. 170]* (the "Opposition") filed on December 10, 2019 as Doc 204.

3. The Borrowers are owners of real property located at 205 North Tigertail Road, Los Angeles, California 90049 (the "Property").

4. On or about October 25, 2019, the Borrowers obtained an Appraisal from a licensed and certified real estate appraiser ("10/25/19 Appraisal"). The value was determined to be $12,000,000. Based on my knowledge as an experienced real estate broker of the area and surrounding homes, I too believe this is an accurate valuation. A true and correct copy of the 10/25/19 Appraisal is attached as **Exhibit "A"** to the Opposition. Judicial Notice is requested pursuant to F.R.E. 201.

5. On or about December 6, 2019, my brokerage firm assisted the Borrowers with refinancing the Property and obtaining a new loan in the amount of $7,750,000 ("New Loan"). Subsequently, an escrow was opened through Central Escrow LA (the "Escrow Company"). A true and correct copy of the Estimated Borrower Statement is attached as **Exhibit "B"** to the Opposition and is incorporated herein by this reference. Judicial Notice is requested pursuant to F.R.E. 201. True and correct copies of the signed Loan Documents are attached as **Exhibit "C"** to the Opposition and is incorporated herein by this reference. Judicial Notice is requested pursuant to F.R.E. 201.

Page - 1

6.  It is my understanding that the lender of the New Loan is FMC Lending.  The New Loan is currently being administered by Blake, a Senior Account Executive at Bay Private Money.  The deal is active and the Bay Private Money funding department is diligently working the file.  This process takes approximately two to three weeks to complete, and possibly a bit more due to the holidays.  True and Correct copies of relevant emails from Blake are attached hereto as **Exhibit "D."**

7.  It is my understanding that the New Loan proceeds will be used to satisfy the debts owed to the first and second lenders.  The remaining liens will need to subordinate their secured claims to the New Loan in order to avoid being wiped out completely in the pending foreclosure by the 2nd lien holder.  The interested professionals (escrow, new lender, brokers and related counsel) are seeking to obtain these subordinations now.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of December 2019 at Los Angeles, California.

_____
Tomer Firouzman

# EXHIBIT D

**Vicky Castrellon**

| | |
|---|---|
| **Subject:** | FW: Tigertail - patriot act document signed |
| **Importance:** | High |

**From:** blake@bayprivatemoney.com <blake@bayprivatemoney.com>
**Sent:** Thursday, December 12, 2019 12:22 PM
**To:** Craig Margulies <craig@marguliesfaithlaw.com>; Tomer Firouzman <tomer@eliteequityla.com>
**Cc:** 'John Jung' <john@trupathlending.com>; lisafplatt66@earthlink.net; Anna Landa <anna@marguliesfaithlaw.com>; 'Wayne Platt' <waynehplatt@gmail.com>
**Subject:** RE: Tigertail - patriot act document signed
**Importance:** High

Escrow will handle subordination agreements. We are working to assign beneficiary. As a stated yesterday there is a typical turnaround of 3-5 business days to get through our system and have beneficiary assigned. To make sure we have ample time, I suggested giving a 2 week window to get this done. We are working as quickly as we can. Our funding department will be in contact with escrow.

Thank you,

Blake, Senior Account Executive | Bay Private Money
Email: blake@bayprivatemoney.com
Phone: 415-604-2777
Office: 1 (800) 683-BAY8
Fax: 1 (800) 683-2298

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Disclaimer: This email, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged and confidential. If you are not the addressee named above, you are hereby notified that any dissemination, distribution, copying or taking any action based upon this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply email and delete this message and any attachments from your computer. All email sent to this address is subject to review by someone other than the recipient. Please contact Bay Private Money at any time if you would like to stop receiving future facsimile advertisements at this telephone number or email address. Please identify your facsimile telephone number or email address when you notify Bay Private Money Your telephone number or email address will be removed from our list within 10 business days. Emails are not contractual obligations of any sort. All contractual agreements must be fully executed, stand-alone documents.

**From:** blake@bayprivatemoney.com <blake@bayprivatemoney.com>
**Sent:** Wednesday, December 11, 2019 4:23 PM
**To:** Craig Margulies <craig@marguliesfaithlaw.com>
**Cc:** Tomer Firouzman <tomer@eliteequityla.com>; John Jung <john@trupathlending.com>; Wayne Platt <waynehplatt@gmail.com>; lisafplatt66@earthlink.net; Anna Landa <anna@marguliesfaithlaw.com>
**Subject:** RE: Tigertail - patriot act document signed
**Importance:** High

Signed loan docs were received this afternoon. The lender is FMC Lending. This deal is active and our funding department is diligently working to get this done.

> Blake, Senior Account Executive | Bay Private Money
> Email: blake@bayprivatemoney.com
> Phone: 415-604-2777
> Office: 1 (800) 683-BAY8
> Fax: 1 (800) 683-2298
>
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> \*\*\*\*\*\*
> Disclaimer: This email, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged and confidential. If you are not the addressee named above, you are hereby notified that any dissemination, distribution, copying or taking any action based upon this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply email and delete this message and any attachments from your computer. All email sent to this address is subject to review by someone other than the recipient. Please contact Bay Private Money at any time if you would like to stop receiving future facsimile advertisements at this telephone number or email address. Please identify your facsimile telephone number or email address when you notify Bay Private Money Your telephone number or email address will be removed from our list within 10 business days. Emails are not contractual obligations of any sort. All contractual agreements must be fully executed, stand-alone documents.

---

**From:** Tomer Firouzman <tomer@eliteequityla.com>
**Sent:** Wednesday, December 11, 2019 1:48 PM
**To:** John Jung <john@trupathlending.com>; Craig Margulies <craig@marguliesfaithlaw.com>; Wayne Platt <waynehplatt@gmail.com>; lisafplatt66@earthlink.net
**Subject:** Fwd: Tigertail - patriot act document signed

Update below

Sent from my iPhone

Begin forwarded message:

> **From:** "blake@bayprivatemoney.com" <blake@bayprivatemoney.com>
> **Date:** December 11, 2019 at 1:41:02 PM PST
> **To:** Tomer Firouzman <tomer@eliteequityla.com>
> **Subject: RE: Fwd: Tigertail - patriot act document signed**

2

**EXHIBIT D**                                                              **Page 4**

We are processing docs internally and have full intention of closing this deal. Following our internal guidelines, we won't be able to provide beneficiary information same day that we receive docs back (signed loan docs received 12/11). I would suggest requesting a 2 week extension to close - our funding department should be in contact before then. Funding conditions will be sent out by our funding department as soon as possible.

We process 70-80 files/month. This is our process for all files. I am not sure how to explain this in any other way with a letter deadline happening at 2pm PST, 2 hours after we received signed loan docs.

Best,


Blake, Senior Account Executive | Bay Private Money
Email: blake@bayprivatemoney.com
Phone: 415-604-2777
Office: 1 (800) 683-BAY8
Fax: 1 (800) 683-2298


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Disclaimer: This email, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged and confidential. If you are not the addressee named above, you are hereby notified that any dissemination, distribution, copying or taking any action based upon this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply email and delete this message and any attachments from your computer. All email sent to this address is subject to review by someone other than the recipient. Please contact Bay Private Money at any time if you would like to stop receiving future facsimile advertisements at this telephone number or email address. Please identify your facsimile telephone number or email address when you notify Bay Private Money Your telephone number or email address will be removed from our list within 10 business days. Emails are not contractual obligations of any sort. All contractual agreements must be fully executed, stand-alone documents.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **DECLARATION OF TOMER FIROUZMAN IN SUPPORT OF THE OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 [DKT. NO. 204]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 13, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 13, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Honorable Sheri Bluebond, U.S. Bankruptcy Court, 255 E. Temple St., Suite 1534, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 13, 2019 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE LIST

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**ATTORNEY FOR CREDITOR BEVERLY LOAN COMPANY: Paul M Brent**    snb300@aol.com

**ATTORNEY FOR CHAPTER 7 TRUSTEE:  Carolyn A Dye**    trustee@cadye.com

**ATTORNEY FOR DEBTOR:  James R Felton**    jfelton@gblawllp.com, nknadjian@gblawllp.com

**ATTORNEY FOR CREDITOR HSBC BANK USA, N.A. AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS, INC. MORTGAGE PASS-THROUG CERTIFICATES, MLMI SERIES 2006-A1; MR. COOPER (fka NATIONSTAR MORTGAGE LLC) AS SERVICER: Todd S Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

**ATTORNEY FOR CREDITOR PLATINUM LOAN SERVICING, INC.:  Lewis R Landau**    Lew@Landaunet.com

**ATTORNEY FOR UST:  Kenneth G Lau**    kenneth.g.lau@usdoj.gov

**CHAPTER 7 TRUSTEE:  Sam S Leslie (TR)**    sleslie@trusteeleslie.com, sleslie@ecf.axosfs.com;trustee@trusteeleslie.com

**INTERESTED PARTY:  David W. Meadows**    david@davidwmeadowslaw.com

**ATTORNEY FOR CREDITOR DAIMLER TRUST:  Randall P Mroczynski**    randym@cookseylaw.com

**ATTORNEY FOR DEBTOR:  Douglas M Neistat**    dneistat@gblawllp.com, mramos@gblawllp.com

**INTERESTED PARTY:  Valerie Smith**    claims@recoverycorp.com

**OUST:  United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**ATTORNEY FOR CREDITOR ELDERLIFE FINANCIAL:  Alan I White**    aiwhitelaw@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**