SAM S. LESLIE, CPA
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LISA FRANCES PLATT,<br><br>                Debtor. | Case No. 2:18-bk-21394-BB<br>    [Chapter 7]<br><br>NOTICE OF TRUSTEE'S INTENTION TO ABANDON REAL PROPERTY OF THE ESTATE PURSUANT TO LOCAL BANKRUPTCY RULE 6007-1(a) [205 North Tigertail Road, Los Angeles, California 90049]<br><br>[11 U.S.C. Section 554; Local Bankruptcy Rule 6007-1] |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that Sam S. Leslie, Chapter 7 Trustee ("Trustee") in the above-captioned case proposes to abandon any and all interest or claim the estate may have in the real property commonly described as 205 North Tigertail Road, Los Angeles, California 90049 (the "Property").

    Trustee has investigated the value of the Property and concluded there is no realizable equity for the estate. Thus,

the Property is of inconsequential value and burdensome to the estate.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 6007-1, the Trustee will take the proposed action without further hearing or order of the Court unless a timely objection or request for a hearing is filed by an interested party no later than fourteen (14) days from the date of service of this Notice, plus an additional three (3) days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P 5(b)(2)(A)-(B). Any objection or request for a hearing must be in writing and must be filed with the United States Bankruptcy Court, 255 East Temple Street, Room 100, Los Angeles, CA 90012, <u>and</u> served upon Trustee at the address in the upper left hand corner of the first page this Notice <u>and</u> upon the Office of the United States Trustee at 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. A hearing will then be set by Trustee.

Unless objections are timely filed and served, Trustee will be deemed to have abandoned any interest in the Property.

Dated: December 16, 2019

_____
Sam S. Leslie, Chapter 7 Trustee

Service Date: December 16, 2019

Case 2:18-bk-21394-BB    Doc 210    Filed 12/16/19    Entered 12/16/19 11:46:10    Desc
Main Document    Page 3 of 5

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Notice of Trustee's Intention to Abandon Real Property of the Estate Pursuant to Local Bankruptcy Rule 6007-1(a) (205 North Tigertail Road, Los Angeles, California 90049) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 16, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Paul M Brent — snb300@aol.com
   Carolyn A Dye — trustee@cadye.com
   Todd S Garan — ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
   Lewis R Landau — Lew@Landaunet.com
   Kenneth G Lau — kenneth.g.lau@usdoj.gov
   Sam S Leslie (TR) — sleslie@trusteeleslie.com, sleslie@ecf.axosfs.com;trustee@trusteeleslie.com
   Craig G Margulies — Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com
   David W. Meadows — david@davidwmeadowslaw.com
   Randall P Mroczynski — randym@cookseylaw.com
   Valerie Smith — claims@recoverycorp.com
   United States Trustee (LA) — ustpregion16.la.ecf@usdoj.gov
   Alan I White — aiwhitelaw@gmail.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On December 16, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   United States Bankruptcy Court
   The Honorable Sheri Bluebond
   United States Bankruptcy Judge
   255 E. Temple Street
   Suite 1534
   Los Angeles, CA 90012

   ■ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2019, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 16, 2019         /s/ Shawn Sterrett
                                 Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                      F 9013-3.1. PROOF OF SERVICE

00003

```
Label Matrix for local noticing              Beverly Loan Company                         Daimler Trust
0973-2                                       c/o P Brent                                  c/o BK Servicing, LLC
Case 2:18-bk-21394-BB                        Steinberg Nutter & Brent                     PO Box 131265
Central District of California               23801 Calabasas Road                         Roseville, MN 55113-0011
Los Angeles                                  # 2031
Mon Dec 16 11:23:01 PST 2019                 Calabasas, CA 91302-3316

HSBC Bank USA, National Association as Trust LEA Accountancy, LLP                         Los Angeles Division
Aldridge Pite, LLP                           3435 Wilshire Boulevard                      255 East Temple Street,
4375 Jutland Drive, Suite 200                Suite 990                                    Los Angeles, CA 90012-3332
P.O. Box 17933                               Los Angeles, CA 90010-1998
P.O. Box 17933
San Diego, CA 92177-7921

Beverly Loan Company                         Bureaus Investment Group Portfolio No 15 LLC CareRelate Inc
9440 Santa Monica Blvd                       c/o PRA Receivables Management, LLC          Ronald Shinkman
Suite 301                                    PO Box 41021                                 9621 Woodley Ave
Beverly Hills, CA 90210-4614                 Norfolk VA 23541-1021                        North Hills CA 91343-1903


Department of Water and Power                Douglas M. Neistat                           Eldercare Financial Services
City of Los Angeles                          Greenberg & Bass                             PO BOX 206536
Attn Bankruptcy                              16000 Ventura Boulevard                      Dallas, TX 75320-6536
P.O Box 5111                                 Suite 1000
Los Angeles CA 90055-0111                    Encino, CA 91436-2762


Franchise Tax Board                          HSBC Bank USA, National Association          Hunt & Henriques
Attn: Bankruptcy                             Nationstar Mortgage LLC d/b/a Mr. Cooper     Portfolio Recovery Associates, LLC
P.O. Box 2952                                Attn: Bankruptcy Dept.                       151 Bernal Road
Sacramento, CA 95812-2952                    PO Box 619096                                Suite 8
                                             Dallas, TX 75261-9096                        San Jose, CA 95119-1306


Internal Revenue Service                     Joanna Stingray                              LADWP
Centralized Insolvency Operations            c/o Coldwell Banker                          PO Box 30808
P.O. Box 7346                                166 N Canon Dr                               Los Angeles, CA 90030-0808
Philadelphia, PA 19101-7346                  Beverly Hills, CA 90210-5304


(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE Lisa Frances Platt                          Luxury Asset Capital LLC
ATTN BANKRUPTCY UNIT                         205 N. Tigertail Road                        DBA Pawngo
PO BOX 54110                                 Los Angeles, CA 90049-2803                   4100 E Mississippi Ave
LOS ANGELES CA 90054-0110                                                                 Suite 1850
                                                                                          Denver, CO 80246-3066


Marquee Funding Group                        Med-Net Billing, Inc                         Mr. Cooper Mortgage Company
24025 Park Sorrento                          122 Sheldon Street                           8950 Cypress Waters Blvd.
Suite 150                                    El Segundo, CA 90245-3915                    Coppell, TX 75019-4620
Calabasas, CA 91302-4004


NCB Management Services, Inc.                Nationwide Credit, Inc                       Platinum Loan Servicing, Inc
PO Box 1099                                  P.O. Box 14581                               S.B.S. Trust Deed Network
Langhorne, PA 19047-6099                     Des Moines, IA 50306-3581                    31194 La Baya Dr
                                                                                          #106
                                                                                          Thousand Oaks, CA 91362-6426


Progressive Management Systems               Radius Global Solutions LLC                  S & R Income Fund 1, LLC
1521 West Cameron Avenue                     PO BOX 390905                                S.B.S. Trust Deed Network
West Covina, CA 91790-2738                   Minneapolis, MN 55439-0905                   31194 La Baya Dr
                                                                                          #106
                                                                                          Thousand Oaks, CA 91362-6426
```

00004

| | | |
|---|---|---|
| S.B.S. Trust Deed Network<br>31194 La Baya Drive, #106<br>Thousand Oaks, CA 91362-6426 | SRA Associates LLC<br>401 Minnetonka Rd<br>Somerdale, NJ 08083-2914 | Sequoia Financial Services<br>28632 Roadside Drive<br>Suite 110<br>Agoura Hills, CA 91301-6074 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Wagner, Falconer & Judd, Ltd<br>325 North Corporate Drive<br>Suite 100<br>Brookfield, WI 53045-5828 | Wayne Platt<br>205 N Tigertail Road<br>Los Angeles, CA 90049-2803 |
| Craig G Margulies<br>Margulies Faith LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436-4493 | Sam S Leslie (TR)<br>3435 Wilshire Blvd., Suite 990<br>Los Angeles, CA 90010-1998 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

LOS ANGELES COUNTY TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Elderlife Financial<br>4299 MacArthur, Ste 212<br>Newport Beach | (u)Hurwitz James Company |
| (u)LEA Accountancy, LLP, as Accountant | (u)Law Office of Carolyn A. Dye | (u)Platinum Loan Servicing, Inc. |
| (d)Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (d)Lisa Frances Platt<br>205 N. Tigertail Road<br>Los Angeles, CA 90049-2803 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     8<br>Total                  45 |

00005