CRAIG G. MARGULIES (SBN 185925)
ANNA LANDA (SBN 276607)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777
Email: Craig@MarguliesFaithLaw.com
Email: Anna@MarguliesFaithLaw.com

Attorneys for Debtor, Lisa Frances Platt

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LISA FRANCES PLATT,<br><br><br>                              Debtor. | Case No.: 2:18-bk-21394-BB<br><br>Chapter: 7<br><br>**STIPULATION FOR ABANDONMENT OF REAL PROPERTY OF THE ESTATE [205 NORTH TIGERTAIL ROAD, LOS ANGELES, CA 90049]**<br><br>[11 U.S.C. § 554; L.B.R. 6007-1] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE;**

**AND ALL OTHER INTERESTED PARTIES:**

   This Stipulation requests an Order of this Bankruptcy Court deeming abandoned the real property commonly known as 205 North Tigertail Road, Los Angeles, CA  90049 (the "Residence" or "Property"), and is entered into by and between Sam S. Leslie, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Lisa Frances Platt (the "Debtor") in the above-captioned Bankruptcy Case (the "Case"), on the one hand, and the Debtor, on the other hand (collectively, the Debtor and the Trustee, the "Parties"); and this Stipulation is based upon the following recitals:

/ / /

/ / /

# I.

## RECITALS

1. On September 28, 2018, the Debtor filed a Chapter 11 Bankruptcy Petition.

2. On October 1, 2019, the Debtor's Case was converted to Chapter 7.

3. Sam S. Leslie was subsequently appointed as the Chapter 7 Trustee for the Debtor's bankruptcy estate ("Bankruptcy Estate") and continues to serve in that capacity.

4. As community property, the Debtor owns and resides at the Residence located at 205 North Tigertail Road, Los Angeles, California 90049.

5. Platinum Loan Servicing, Inc. ("Secured Creditor"), the 2nd Deed of Trust against the Residence, filed a Motion for Relief from Automatic Stay Under 11 U.S.C. § 362 (the "RFS Motion", Dkt. No. 170) on September 24, 2019.

6. On December 16, 2019, Secured Creditor and the Debtor (and the Debtor's spouse) entered into a "Stipulation to the Motion for Relief from Stay under 11 U.S.C. Section 3632(Real Property) [Dkt. No. 170]" ("Secured Creditor Stipulation, Dkt. No. 211).

7. On December 17, 2019, this Bankruptcy Court granted both the Stipulation and the RFS Motion and entered orders thereon (Dkt. Nos. 215 and 214, respectively).

8. On December 16, 2019, the Trustee filed a "Notice of Trustee's Intention to Abandon Real Property of the Estate Pursuant to Local Bankruptcy Rule 6007-1(a) [205 North Tigertail Road, Los Angeles, California 90049], ("Notice of Trustee's Intention to Abandon", Dkt. No. 210). The Notice of Trustee's Intention to Abandon is incorporated herein by this reference.

9. Per the Notice of Trustee's Intention to Abandon, the Trustee has investigated the value of the Property and concluded there is no realizable equity for the Bankruptcy Estate. Thus, the Property is of inconsequential value and burdensome to the Bankruptcy Estate. (See Notice of Trustee's Intention to Abandon", Dkt. No. 210).

10. Based upon the foregoing, including the provisions of the Secured Creditor Stipulation which includes various upcoming deadlines related to the Property, the Parties enter into this present Stipulation to have the Property abandoned forthwith by an entered Order of this Bankruptcy Court.

Based upon the foregoing Recitals, which Recitals are incorporated into this Stipulation and Agreement below, and for good and valid consideration provided, the Parties hereby stipulate and agree to the following:

A. The Parties agree that this Bankruptcy Court should abandon the Property forthwith; and

B. The Parties agree that upon entry of an Order approving this Stipulation, that the Property is in fact deemed abandoned by the Bankruptcy Estate, without further notice to any creditors or parties in interest pursuant to 11 U.S.C. § 554(a).

**IT IS SO STIPULATED:**

Dated: December 17, 2019

_____
Lisa Platt, an individual, the Debtor

Dated: December 17, 2019

_____
Sam S. Leslie, Chapter 7 trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **STIPULATION FOR ABANDONMENT OF REAL PROPERTY OF THE ESTATE [205 NORTH TIGERTAIL ROAD, LOS ANGELES, CA 90049]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 19, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 19, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Honorable Sheri Bluebond, U.S. Bankruptcy Court, 255 E. Temple St., Suite 1534, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2019 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE LIST

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**Paul M Brent on behalf of Creditor Beverly Loan Company**
snb300@aol.com

**Carolyn A Dye on behalf of Trustee Sam S Leslie (TR)**
trustee@cadye.com

**Todd S Garan on behalf of Creditor HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MLMI Series 2006-A1; Mr. Cooper (fka Nationstar Mortgage LLC) as servicer**
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

**Lewis R Landau on behalf of Creditor Platinum Loan Servicing, Inc.**
Lew@Landaunet.com

**Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)**
kenneth.g.lau@usdoj.gov

**Sam S Leslie (TR)**
sleslie@trusteeleslie.com, sleslie@ecf.axosfs.com;trustee@trusteeleslie.com

**Craig G Margulies on behalf of Debtor Lisa Frances Platt**
Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com

**David W. Meadows on behalf of Interested Party Courtesy NEF**
david@davidwmeadowslaw.com

**Randall P Mroczynski on behalf of Creditor Daimler Trust**
randym@cookseylaw.com

**Valerie Smith on behalf of Interested Party Courtesy NEF**
claims@recoverycorp.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Alan I White on behalf of Creditor Elderlife Financial**
aiwhitelaw@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                      **F 9013-3.1.PROOF.SERVICE**