| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Craig G. Margulies (State Bar No. 185925) *Craig@MarguliesFaithLaw.com* Anna Landa (State Bar No. 276607) *Anna@MarguliesFaithLaw.com* **MARGULIES FAITH LLP** 16030 Ventura Blvd., Suite 470 Encino, CA  91436 Telephone: (818) 705-2777 Facsimile:  (818) 705-3777 ☐ Individual *appearing without an attorney* ☒ *Attorney for: Debtor, Lisa Frances Platt* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re: | CASE NO.: 2:18-bk-21394-BB |
|---|---|
| LISA FRANCES PLATT, | CHAPTER: 7 |
| Debtor. | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*): <u>STIPULATION FOR ABANDONMENT OF REAL PROPERTY OF THE ESTATE [205 NORTH TIGERTAIL ROAD, LOS ANGELES, CA 90049]</u> |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING STIPULATION FOR ABANDONMENT OF REAL PROPERTY OF THE ESTATE [205 NORTH TIGERTAIL ROAD, LOS ANGELES, CA 90049]** was lodged on **December 19, 2019** and is attached.  This order relates to the stipulation which is docket number   217  .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                         Page 1                         **F 9021-1.2.BK.NOTICE.LODGMENT**

1    CRAIG G. MARGULIES (SBN 185925)
     ANNA LANDA (SBN 276607)
2    **MARGULIES FAITH LLP**
     16030 Ventura Blvd., Suite 470
3    Encino, California 91436
     Telephone: (818) 705-2777
4    Facsimile:  (818) 705-3777
     Email: Craig@MarguliesFaithLaw.com
5    Email: Anna@ MarguliesFaithLaw.com

6    Attorneys for Debtor, Lisa Frances Platt

7

8                **UNITED STATES BANKRUPTCY COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10                **LOS ANGELES DIVISION**

11    In re                        Case No. 2:18-bk-21394-BB

12    LISA FRANCES PLATT,          Chapter 7

13                Debtor.    **ORDER APPROVING STIPULATION FOR**
14                                  **ABANDONMENT OF REAL PROPERTY OF**
                                   **THE ESTATE [205 NORTH TIGERTAIL ROAD,**
15                                    **LOS ANGELES, CA 90049]**

16

17

18

19       The Court, having considered the "Stipulation for Abandonment of Real Property of

20    the Estate [205 North Tigertail Road, Los Angeles, CA 90049]" (the "Stipulation", Dkt. No.

21    217) is entered into by and between Sam S. Leslie, the Chapter 7 trustee (the "Trustee")

22    for the bankruptcy estate of Lisa Frances Platt (the "Debtor") in the above-captioned

23    Bankruptcy Case (the "Case"), on the one hand, and the Debtor, on the other hand

24    (collectively, the Debtor and the Trustee, the "Parties"), on the other hand, and for good

25    cause appearing,

26       HEREBY ORDERS that:

27       1.      The Stipulation is approved;

28

1      2.      The Parties agree that this Bankruptcy Court should abandon the Property

2   located at 205 North Tigertail Road, Los Angeles, CA 90049 forthwith; and

3      3.      The Parties agree that upon entry of an Order approving this Stipulation,

4   that the Property is in fact deemed abandoned by the Bankruptcy Estate, without further

5   notice to any creditors or parties in interest pursuant to 11 U.S.C. § 554(a).

6                                                       # # #

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                            2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: ORDER APPROVING STIPULATION FOR ABANDONMENT OF REAL PROPERTY OF THE ESTATE [205 NORTH TIGERTAIL ROAD, LOS ANGELES, CA 90049]**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 19, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **December 19, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE:** Honorable Sheri Bluebond, U.S. Bankruptcy Court, 255 E. Temple St., Suite 1534, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 16, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2019 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ADDITIONAL SERVICE INFORMATION:

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:

**Paul M Brent on behalf of Creditor Beverly Loan Company**
snb300@aol.com

**Carolyn A Dye on behalf of Trustee Sam S Leslie (TR)**
trustee@cadye.com

**Todd S Garan on behalf of Creditor HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MLMI Series 2006-A1; Mr. Cooper (fka Nationstar Mortgage LLC) as servicer**
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

**Lewis R Landau on behalf of Creditor Platinum Loan Servicing, Inc.**
Lew@Landaunet.com

**Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)**
kenneth.g.lau@usdoj.gov

**Sam S Leslie (TR)**
sleslie@trusteeleslie.com, sleslie@ecf.axosfs.com;trustee@trusteeleslie.com

**Craig G Margulies on behalf of Debtor Lisa Frances Platt**
Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com

**David W. Meadows on behalf of Interested Party Courtesy NEF**
david@davidwmeadowslaw.com

**Randall P Mroczynski on behalf of Creditor Daimler Trust**
randym@cookseylaw.com

**Valerie Smith on behalf of Interested Party Courtesy NEF**
claims@recoverycorp.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Alan I White on behalf of Creditor Elderlife Financial**
aiwhitelaw@gmail.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 3                              **F 9021-1.2.BK.NOTICE.LODGMENT**